UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: ) | CASE NO. 08-20597(ASD) |
| MARATHON HEALTHCARE CENTER ) OF TORRINGTON, LLC | CHAPTER 7 |
| ---------------------------------- ) | ADV. PRO. NO. 10-02070 |
| THOMAS C. BOSCARINO, TRUSTEE ) | |
| Plaintiff, ) | |
| v. ) | December 6, 2010 |
| GERIATRIC MEDICAL & SURGICAL ) SUPPLY, INC ) | |
| Defendant ) | |

## STATEMENT OF EXPERT

The Plaintiff Trustee hereby respectfully submits a detailed, signed statement of expert witness Richard P. Finkel of Blum Shapiro, which is attached hereto and incorporated by reference.

        FOR THE PLAINTIFF,
        Thomas C. Boscarino, Trustee

    By:     /s/ John H. Grasso
        John H. Grasso ct03651
        Boscarino, Grasso & Twachtman, LLP
        628 Hebron Ave., Bldg 2, Suite 301
        Glastonbury, CT 06033
        Tel. (860) 659-5657
        Fax (860) 657-4549

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(ASD) |
| MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC | ) | CHAPTER 7 |
| ------------------------------------ | ) | ADV. PRO. NO. 10-02070 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
| Plaintiff, | ) | |
| v. | ) | December 6, 2010 |
| GERIATRIC MEDICAL & SURGICAL SUPPLY, INC | )  ) | |
| Defendant | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on December 6, 2010 a copy of the foregoing Plaintiff's Statement of Expert was served by mail to following:

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Greenbaum, Nagel, Fisher & Paliotti, LLP
Howard S. Fisher
200 High Street, 4th Floor
Boston, MA 02110

    /s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com

*Marathon Healthcare Center of Torrington, LLC*
*Thomas S. Boscarino, Trustee*
*v.*
*Geriatric Medical & Surgical Supply, Inc.*
*Adv. Pro. No. 10-02070*

*Expert Report of*
*Richard P. Finkel, CPA/CFF, CFE, CIRA*
*November 22, 2010*

*Marathon Healthcare Center of Torrington, LLC*
*Thomas S. Boscarino, Trustee*
*v.*
*Geriatric Medical & Surgical Supply, Inc.*
*Adv. Pro. No. 10-02070*

*Expert Report of*
*Richard P. Finkel, CPA/CFF, CFE, CIRA*
*November 22, 2010*

Marathon Healthcare Center of Torrington, LLC (the "Debtor") filed a Petition for Relief under Chapter 11 in the United States Bankruptcy code in the United States Bankruptcy Court for the District of Connecticut on April 3, 2008. Blum Shapiro & Co., P.C. ("BlumShapiro") was engaged as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors in this case. The Case was converted to Chapter 7 on January 8, 2009 and Thomas C. Boscarino ("Trustee") was appointed as Trustee of the Estate. BlumShapiro was engaged by the Trustee as Accountants. Richard P. Finkel, CPA/CFF, CFE, CIRA, a Partner of BlumShapiro, is in charge of this engagement.

BlumShapiro was asked by the Trustee to examine the books and records of the Debtor and to assist the Trustee in identifying potential preferential payments made by the Debtor. BlumShapiro identified one such payment made to Geriatric Medical & Surgical Supply, Inc., ("GMSS") totaling $10,784.13, during the period January 4, 2008 through April 2, 2008 (the "preference period"). A detailed analysis of this payment is attached as Exhibit 1. It is my opinion that the amount listed on Exhibit 1 represents payment made to GMSS within ninety days of the filing of the Chapter 11 petition. In reaching this conclusion I relied upon both electronic and paper records obtained from the Debtor.

Exhibit 1 provides detail of the payment made to GMSS during the preference period. The information for this exhibit was abstracted from the Debtor's books and records, which appeared to have been kept in the ordinary course of business. The Debtor utilized Solomon Software for its accounting applications. BlumShapiro electronically downloaded cash disbursement

1

information for 2007 and 2008 from the Debtor's computer system and examined all disbursements made to GMSS during those years. Exhibit 2 to this report is a printout of the Debtor's record of payments made to GMSS in 2007 and 2008. Exhibit 3 includes a copy of the cancelled check for the payment referred to in Exhibit 1. This copy was obtained from the Debtor's monthly bank statements. Exhibit 4 provides copies of invoices issued by GMSS to the Debtor, for which payment was made during the preference period.

The Trustee contends that some or all of the $10,784.13 of the payment made during the preference period may have been transferred to GMSS in payment of indebtedness to which the Debtor was not a party. BlumShapiro was informed by the trustee that on September 14, 2007, Marathon Healthcare Management, LLC, ("MHM") an entity related to the Debtor through common ownership, executed a Promissory Note (the "Note") with GMSS in the amount of $701,639. The Note purportedly represented aggregate amounts due from several commonly owned nursing homes, all of which were managed by MHM, including the Debtor. The Note required payment in full within eighteen months with interest at eight percent. A copy of the Note is attached as Exhibit 5.

BlumShapiro was asked to express an opinion, based upon its review of the Debtor's books and records, as to whether or not the Debtor was insolvent at the time of the transfers or was rendered insolvent by the transfers. Insolvency is defined in Section §101(32) (A) of the United States Bankruptcy Code as "...*financial condition such that the sum of such entity's debts is greater than all such entity's property, at a fair valuation...*" This defines the so-called balance sheet test which measures the fair value of assets and liabilities. Fair valuation is not defined in the United States Bankruptcy Code but is generally found to be synonymous with the definition of Fair Market Value. A well accepted definition of Fair Market Value is found in IRS Revenue Ruling 59-60 "...*the price at which the property would change hands between a willing buyer and willing seller when the former is not under compulsion to buy and the latter is not under compulsion to sell. Both having reasonable knowledge of relevant facts...*"

2

In determining fair market value, one must first decide on the premise under which the value is to be measured. Generally, the Courts have relied on either a going-concern basis or a liquidation basis as the appropriate premise of value. The going-concern basis refers to the sale of an ongoing business over a reasonable amount of time. The liquidation basis refers to the value of a company's assets, assuming the company is liquidated.

The Debtor operated a nursing home facility in Torrington, Connecticut. The Debtor did not own the real estate; its only assets were cash, accounts receivable and equipment, which had limited value. A majority of the patients at the facility were covered by Medicaid which is tightly regulated and controlled by The State of Connecticut.

The Debtor, like many nursing homes in Connecticut, was struggling in 2007 and 2008. In many Connecticut facilities, Medicaid reimbursement did not cover the total cost of providing service and did not keep pace with inflationary increases in costs. The lack of increases in reimbursement rates and the general economic conditions made it impossible for the Debtor to continue its operations without substantial outside investment. The Debtor attempted but was unable to sell its operations as a going concern. Therefore, it is my opinion that the proper premise of value for the Debtor is liquidation.

BlumShapiro was able to obtain the Debtor's balance sheets as of December 31, 2007, January 31, 2008 and February 29, 2008. A copy of the balance sheets is attached as Exhibit 6. No balance sheets were located for March or April 2008. As shown in Exhibit 6, the Debtor was insolvent, on a book basis, by $368,783 in December 2007, $537,482 in January 2008 and $617,552 in February 2008.

In order to determine fair value, certain adjustments were made to the balance sheet. Amounts due to and due from related commonly owned facilities were deemed to be uncollectable and therefore adjusted to a zero value. Prepaid items, building and land improvements and computer software were also deemed to have no value. No adjustments were made to liabilities. The adjusted balance sheet (Exhibit 7) shows the Debtor to be insolvent by $1,190,572 at fair value

3

as of February 29, 2008. Based upon the economic conditions at that time and the Debtor's subsequent filing of Chapter 11 bankruptcy on April 3, 2008, it is my opinion that the Debtor was insolvent at all times during the preference period.

Qualifications

I am a partner in the Accounting and Consulting firm of Blum Shapiro & Co., P.C. located in West Hartford. I am a Certified Public Accountant, Certified Fraud Examiner, Certified Insolvency and Restructuring Advisor and Certified in Financial Forensics. A copy of my curriculum vitae is attached as Appendix A. Appendix B of this report sets forth my deposition and trial testimony history within the preceding four years and Appendix C sets forth articles which I have authored or co-authored within the preceding ten years.

Other Matters

> Rate of Compensation – I am being compensated in this matter at my standard rate of $380 per hour, plus reimbursement of any direct expenses incurred, subject to approval of the Bankruptcy Court.

> Conflicts – To the best of my knowledge and belief, neither I nor any Partner or employee of BlumShapiro have any professional, business, personal dealings or relationships with the Debtor in this case prior to our engagement in this matter. BlumShapiro has no known connections with the Debtor and does not hold or represent an interest adverse to the Estate and is a disinterested person under 11USC §101(14).

4

Right to amend this Report – I reserve the right to amend this report if additional information comes to my attention or is presented to me that might further support or otherwise change any opinions expressed herein.

November 22, 2010,

_____
Richard P. Finkel, CPA/CFF, CFE, CIRA

5

# EXHIBIT 1

EXHIBIT 1

Marathon Healthcare Center of Torrington, LLC
Potential Preference Payments - Geriatric Medical & Surgicals
Preference Period: January 4, 2008-April 2, 2008

| Payee | Check # | Check Amount | Check Date | Clear Date | Invoice # | Invoice Date | Invoice Amount | Actual Payment | Preference Payment |
|---|---|---|---|---|---|---|---|---|---|
| GERIATRIC MEDICAL & SURGICAL S | 003534 | $ 10,784.13 | 1/22/2008 | 2/12/2008 | 583342 | 4/12/2007 | $ 87.19 | $ 87.19 | $ 87.19 |
| | | | | | 583343 | 4/12/2007 | $ 141.83 | $ 141.83 | $ 141.83 |
| | | | | | 584172 | 4/16/2007 | $ 2,898.59 | $ 2,898.59 | $ 2,898.59 |
| | | | | | 584711 | 4/18/2007 | $ 10.95 | $ 10.95 | $ 10.95 |
| | | | | | 584701 | 4/18/2007 | $ 1.06 | $ 1.06 | $ 1.06 |
| | | | | | 584706 | 4/18/2007 | $ 22.26 | $ 22.26 | $ 22.26 |
| | | | | | 584707 | 4/18/2007 | $ 49.24 | $ 49.24 | $ 49.24 |
| | | | | | 584173 | 4/16/2007 | $ 5.18 | $ 5.18 | $ 5.18 |
| | | | | | 584708 | 4/17/2007 | $ 12.47 | $ 12.47 | $ 12.47 |
| | | | | | 585035 | 4/19/2007 | $ 53.53 | $ 53.53 | $ 53.53 |
| | | | | | 585583 | 4/23/2007 | $ 2,467.70 | $ 2,467.70 | $ 2,467.70 |
| | | | | | 585857 | 4/24/2007 | $ 41.22 | $ 41.22 | $ 41.22 |
| | | | | | 585858 | 4/24/2007 | $ 55.54 | $ 55.54 | $ 55.54 |
| | | | | | 585854 | 4/24/2007 | $ 46.64 | $ 46.64 | $ 46.64 |
| | | | | | 587069 | 4/28/2007 | $ (10.95) | $ (10.95) | $ (10.95) |
| | | | | | 587070 | 4/28/2007 | $ (5.18) | $ (5.18) | $ (5.18) |
| | | | | | 587071 | 4/28/2007 | $ (22.26) | $ (22.26) | $ (22.26) |
| | | | | | 587504 | 4/30/2007 | $ 2,242.49 | $ 2,242.49 | $ 2,242.49 |
| | | | | | 587505 | 4/30/2007 | $ 30.26 | $ 30.26 | $ 30.26 |
| | | | | | 587499 | 4/30/2007 | $ 15.21 | $ 15.21 | $ 15.21 |
| | | | | | 588989 | 5/7/2007 | $ 2,520.96 | $ 2,520.96 | $ 2,520.96 |
| | | | | | 590768 | 5/14/2007 | $ 56.60 | $ 56.60 | $ 56.60 |
| | | | | | 591569 | 5/17/2007 | $ 63.60 | $ 63.60 | $ 63.60 |
| | | $ 10,784.13 | | | | | $ 10,784.13 | $ 10,784.13 | $ 10,784.13 |

# EXHIBIT 2

| CkNo | CkType | CkType | Vendor_ID | Vendor | RefNo | DocTy | InvNo | InvDate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014769 | VO | 553932 | 12/6/2006 | 9.65 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014770 | VO | 553930 | 12/6/2006 | 150.87 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014771 | VO | 553919 | 12/6/2006 | 4.48 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014772 | VO | 553920 | 12/6/2006 | 19.08 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014773 | VO | 553922 | 12/6/2006 | 4.77 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014774 | VO | 553923 | 12/6/2006 | 39.08 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014775 | VO | 553924 | 12/6/2006 | 47.70 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015494 | VO | 559385 | 12/28/2006 | 2,583.98 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015495 | VO | 558524 | 12/27/2006 | 46.32 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015503 | VO | 557983 | 12/22/2006 | 2,093.56 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015504 | VO | 557982 | 12/22/2006 | 9.65 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015505 | VO | 557972 | 12/22/2006 | 2.60 |
| 001576 | CK | 3/9/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015506 | VO | 557973 | 12/22/2006 | 46.33 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014427 | AD | 555130 | 12/11/2006 | -65.70 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014428 | VO | 555127 | 12/11/2006 | 1,869.85 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014550 | AD | 556942 | 12/19/2006 | -38.58 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014551 | VO | 556693 | 12/18/2006 | 95.29 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014552 | VO | 556692 | 12/18/2006 | 52.95 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014553 | VO | 556699 | 12/18/2006 | 2,538.04 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014761 | VO | 554327 | 12/7/2006 | 34.60 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 014762 | VO | 553339 | 12/4/2006 | 2,103.39 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015507 | AD | 557625 | 12/21/2006 | -9.65 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015508 | AD | 557624 | 12/21/2006 | -22.26 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015509 | VO | 557976 | 12/22/2006 | 61.34 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015510 | VO | 557975 | 12/22/2006 | 239.80 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015526 | VO | 559683 | 1/2/2007 | 17.98 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015757 | AD | 561484 | 1/9/2007 | -9.65 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015758 | VO | 561111 | 1/8/2007 | 2,269.00 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015760 | VO | 561107 | 1/8/2007 | 9.43 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015764 | VO | 561108 | 1/8/2007 | 171.39 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015834 | VO | 561871 | 1/10/2007 | 71.22 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015835 | VO | 561873 | 1/10/2007 | 75.68 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015836 | VO | 561870 | 1/10/2007 | 170.22 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015908 | VO | 563063 | 1/15/2007 | 2,513.79 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015909 | VO | 563065 | 1/15/2007 | 192.18 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 015910 | VO | 562329 | 1/11/2007 | 41.18 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016297 | VO | 528245 | 8/14/2006 | 2,240.88 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016298 | VO | 564464 | 1/22/2007 | 2,438.05 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016299 | VO | 565082 | 1/24/2007 | 95.29 |

| CkNo | CkType | CkDate | Vendor_ID | Vendor | RefNo | DocTy | InvNo | InvDate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016300 | VO | 553932 | 1/18/2007 | 63.61 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016301 | VO | 534434 | 9/11/2006 | 1,095.59 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016302 | VO | 563294 | 1/16/2007 | 48.50 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016312 | VO | 534433 | 9/11/2006 | 1,138.39 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016328 | VO | 564461 | 1/22/2007 | 193.45 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016545 | VO | 565421 | 1/25/2007 | 70.55 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016555 | VO | 566249 | 1/29/2007 | 2,352.11 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016557 | VO | 566523 | 1/30/2007 | 198.19 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016558 | VO | 566520 | 1/30/2007 | 95.29 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016720 | VO | 568022 | 2/5/2007 | 2,088.91 |
| 003147 | CK | 5/31/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016556 | VO | 565419 | 1/25/2007 | 112.76 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016721 | VO | 567233 | 2/1/2007 | 168.94 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016722 | VO | 567234 | 2/1/2007 | 5.29 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016723 | VO | 567235 | 2/1/2007 | 67.84 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 016724 | VO | 567236 | 2/1/2007 | 62.49 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017008 | VO | 568228 | 2/6/2007 | 48.76 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017009 | VO | 569475 | 2/12/2007 | 63.80 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017382 | VO | 568226 | 2/6/2007 | 51.90 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017383 | VO | 568821 | 2/8/2007 | 32.54 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017480 | VO | 570865 | 2/19/2007 | 119.13 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017481 | VO | 570866 | 2/19/2007 | 63.55 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017482 | VO | 570867 | 2/19/2007 | 2,211.06 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017483 | VO | 570861 | 2/19/2007 | 9.54 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017485 | VO | 569473 | 2/12/2007 | 2,343.89 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017703 | VO | 571124 | 2/27/2007 | 61.27 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 017705 | VO | 571414 | 2/21/2007 | 44.39 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018384 | VO | 572436 | 2/26/2007 | 7.76 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018385 | VO | 572438 | 2/26/2007 | 48.50 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018386 | VO | 572444 | 2/26/2007 | 2,798.62 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018387 | VO | 572445 | 2/26/2007 | 44.52 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018433 | VO | 574512 | 3/5/2007 | 954.75 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018435 | VO | 574511 | 3/5/2007 | 1,497.04 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018436 | VO | 575466 | 3/8/2007 | 68.48 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018442 | VO | 574513 | 3/5/2007 | 80.93 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018443 | VO | 574514 | 3/5/2007 | 77.69 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018444 | VO | 574508 | 3/5/2007 | 26.42 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018445 | AD | 574009 | 3/3/2007 | -20.03 |
| 003227 | CK | 7/27/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018457 | VO | 572435 | 2/26/2007 | 72.95 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018593 | VO | 576195 | 3/12/2007 | 1,285.83 |

| CkNo | CkType | CkType | Vendor_ID | Vendor | RefNo | DocTy | InvNo | InvDate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018594 | VO | 576196 | 3/12/2007 | 983.43 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018595 | VO | 576190 | 3/12/2007 | 30.11 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018596 | VO | 576443 | 3/13/2007 | 25.95 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018597 | VO | 576444 | 3/13/2007 | 31.58 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018598 | VO | 577781 | 3/19/2007 | 4.88 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018599 | VO | 577782 | 3/19/2007 | 29.49 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018600 | VO | 577787 | 3/19/2007 | 2,101.69 |
| 003371 | CK | 10/19/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018601 | VO | 577791 | 3/19/2007 | 101.76 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018602 | VO | 578013 | 3/20/2007 | 94.34 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018603 | VO | 578014 | 3/20/2007 | 62.72 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018604 | VO | 578018 | 3/20/2007 | 52.12 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018605 | VO | 577788 | 3/19/2007 | 68.64 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 018606 | VO | 577783 | 3/19/2007 | 229.57 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019437 | VO | 579165 | 3/26/2007 | 1,900.44 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019593 | VO | 579760 | 3/28/2007 | 63.02 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019594 | VO | 580596 | 3/30/2007 | 72.95 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019595 | VO | 580595 | 3/30/2007 | 95.29 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019596 | VO | 580598 | 3/30/2007 | 72.95 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019597 | VO | 580597 | 3/30/2007 | 95.29 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019598 | VO | 580602 | 3/30/2007 | 117.52 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019599 | VO | 580601 | 3/30/2007 | 22.05 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019618 | VO | 580948 | 4/2/2007 | 1,857.98 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019621 | VO | 581827 | 4/5/2007 | 70.62 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019634 | VO | 581483 | 4/4/2007 | 56.45 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019724 | VO | 580949 | 4/2/2007 | 95.40 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019752 | VO | 582430 | 4/9/2007 | 2,446.20 |
| 003487 | CK | 12/20/2007 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019837 | VO | 583342 | 4/12/2007 | 87.19 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019838 | VO | 583343 | 4/12/2007 | 141.83 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 019839 | VO | 584172 | 4/16/2007 | 2,898.59 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020405 | VO | 584711 | 4/18/2007 | 10.95 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020406 | VO | 584701 | 4/18/2007 | 1.06 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020407 | VO | 584706 | 4/18/2007 | 22.26 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020408 | VO | 584707 | 4/18/2007 | 49.24 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020409 | VO | 584708 | 4/17/2007 | 12.47 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020410 | VO | 585035 | 4/19/2007 | 53.53 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020418 | VO | 585857 | 4/24/2007 | 41.22 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020419 | VO | 585858 | 4/24/2007 | 55.54 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020420 | VO | 585854 | 4/24/2007 | 46.64 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020424 | VO | 585583 | 4/23/2007 | 2,467.70 |

| CkNo | CkType | CkType | Vendor_ID | Vendor | RefNo | DocTy | InvNo | InvDate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020768 | AD | 587069 | 4/28/2007 | -10.95 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020769 | AD | 587070 | 4/28/2007 | -5.18 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020770 | AD | 587071 | 4/28/2007 | -22.26 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020772 | VO | 587504 | 4/30/2007 | 2,242.49 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020773 | VO | 587505 | 4/30/2007 | 30.26 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020774 | VO | 587499 | 4/30/2007 | 15.21 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 020820 | VO | 584173 | 4/16/2007 | 5.18 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 021300 | VO | 588989 | 5/7/2007 | 2,520.96 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 021482 | VO | 590768 | 5/14/2007 | 56.60 |
| 003534 | CK | 1/22/2008 | GERIATRIC | GERIATRIC MEDICAL & SURGICAL S | 021513 | VO | 591569 | 5/17/2007 | 63.80 |

# EXHIBIT 3

**MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC**
OPERATING ACCOUNT
99 EAST RIVER DRIVE
EAST HARTFORD, CT 06108

WebsterBank

DATE 1/22/2008

CHECK NO. 3534

003534

PAY EXACTLY DOLLARS AND CENTS

CHECK AMOUNT
$******10,784.13

Ten Thousand Seven Hundred Eighty-Four and 13/100------------------------------ Dollars

PAY TO THE ORDER OF:
GERIATRIC MEDICAL & SURGICAL S
P. O. BOX 9127
CHELSEA, MA 02150
United States

*Donald C. Wiley, CFO*
AUTHORIZED SIGNATURE

⑆003534⑆ ⑉211170103⑉10 0009838511⑆

Paid 02/12/08 Check # 3534 $10,784.13