# EXHIBIT 4

*TORRINGTON*

| Vendor | GERIATRIC | | Check Date | 1/22/2008 | Check Number | 003534 | |
|---|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt | |
| 020424 | 585583 | 4/23/2007 | 2,467.70 | 2,467.70 | 0.00 | | |
| 020768 | 587069 | 4/28/2007 | 10.95 | -10.95 | 0.00 | | |
| 020769 | 587070 | 4/28/2007 | 5.18 | -5.18 | 0.00 | | |
| 020770 | 587071 | 4/28/2007 | 22.26 | -22.26 | 0.00 | | |
| 020772 | 587504 | 4/30/2007 | 2,242.49 | 2,242.49 | 0.00 | | |
| 020773 | 587505 | 4/30/2007 | 30.26 | 30.26 | 0.00 | | |
| 020774 | 587499 | 4/30/2007 | 15.21 | 15.21 | 0.00 | | |
| 020820 | 584173 | 4/16/2007 | 5.18 | 5.18 | 0.00 | | |
| 021300 | 588989 | 5/7/2007 | 2,520.96 | 2,520.96 | 0.00 | | |
| 021482 | 590768 | 5/14/2007 | 56.60 | 56.60 | 0.00 | | |
| 021613 | 591569 | 5/17/2007 | 63.60 | 63.60 | 0.00 | 10,784.13 | |

| Vendor | GERIATRIC | | Check Date | 1/22/2008 | Check Number | | |
|---|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt | |
| 019837 | 583342 | 4/12/2007 | 87.19 *M OKAY* | 87.19 | 0.00 | | |
| 019838 | 583343 | 4/12/2007 | 141.83 *M OKAY* | 141.83 | 0.00 | | |
| 019839 | 584172 | 4/16/2007 | 2,898.59 | 2,898.59 | 0.00 | | |
| 020405 | 584711 | 4/18/2007 | 10.95 | 10.95 | 0.00 | | |
| 020406 | 584701 | 4/18/2007 | 1.06 | 1.06 | 0.00 | | |
| 020407 | 584706 | 4/18/2007 | 22.26 | 22.26 | 0.00 | | |
| 020408 | 584707 | 4/18/2007 | 49.24 | 49.24 | 0.00 | | |
| 020409 | 584708 | 4/17/2007 | 12.47 | 12.47 | 0.00 | | |
| 020410 | 585035 | 4/19/2007 | 53.53 | 53.53 | 0.00 | | |
| 020418 | 585857 | 4/24/2007 | 41.22 | 41.22 | 0.00 | | |
| 020419 | 585858 | 4/24/2007 | 95.94 | 95.94 | 0.00 | | |
| 020420 | 585854 | 4/24/2007 | 46.64 | 46.64 | 0.00 | | |



**INVOICE** — Customer Copy

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

| | |
|---|---|
| Number | 585583 |
| Date | 04/23/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON<br>80 FERN DRIVE<br>TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON<br>80 FERN DRIVE<br>TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10962 | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467869 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 2 | 2 | 0 | CS | 21.25 | CS | 42.50 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 7 | 7 | 0 | CS | 21.25 | CS | 148.75 | |
| 6597B20 | LINER WINGS DAY PLUS 80/CASE | 1 | 1 | 0 | CS | 26.75 | CS | 26.75 | |
| 60043DP | BRIEF KENDALL MEDIUM 96/CS WINGS CHOICE DP | 1 | 1 | 0 | CS | 21.25 | CS | 21.25 | |
| RK5 | CUPS PLASTIC 5 OZ 2500/CS 25 SLEEVES OF 100 | 1 | 1 | 0 | CS | 24.50 | CS | 24.50 | * |
| A3950 | WASHCLOTHS DRY 500/CASE | 9 | 9 | 0 | CS | 13.00 | CS | 117.00 | * |
| 9173 | UNDERPAD MAXIMA 30 X 30 80/C FLUFF/POLYMER | 11 | 11 | 0 | CS | 21.85 | CS | 240.35 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 2 | 2 | 0 | CS | 32.00 | CS | 64.00 | |
| 501528 | POWDER GOLD BOND GEN 10 OZ (MEDICATED) | 2 | 2 | 0 | EA | 2.20 | EA | 4.40 | * |
| SLN200100 | LANCET SAFETY LOW FLOW GRAY SURGILANCE 100/BX 15 BX/CS | 4 | 4 | 0 | BX | 12.53 | BX | 50.12 | * |
| 21211 | GLOVES VINYL N/ST SM 100/BX 10 BX/CASE | 1.0 | 1.0 | .0 | CS | 21.00 | CS | 21.00 | * |
| 2F7112 | STERILE WATER IRRIG 250ML 24/CASE | 1.00 | 1.00 | .00 | CS | 34.24 | CS | 34.24 | * |
| 21212 | GLOVES VINYL N/ST MED 100/BO 10 BX/CASE (EVP-103) | 5.0 | 5.0 | .0 | CS | 21.00 | CS | 105.00 | * |
| 21213 | GLOVES VINYL N/ST LARGE 100/ 10 BX/CASE (EVP-104) | 2.0 | 2.0 | .0 | CS | 21.00 | CS | 42.00 | * |
| PF20211 | GLOVES VINYL (SYNTH) PF SMAL 100/BOX 10 BX/CASE | 1 | 1 | 0 | BX | 2.10 | BX | 2.10 | * |
| HB01 | HAIR BRUSH HALF ROUND 12/BOX 24 BOXES/CASE | 1.0000 | 1.0000 | .0000 | BX | 3.46 | BX | 3.46 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 4 | 4 | 0 | BX | 2.10 | BX | 8.40 | * |
| EVNP-104 | GLOVES VINYL (SYNTH) PF LARG 100/BOX 10 BX/CASE | 5 | 5 | 0 | BX | 2.10 | BX | 10.50 | * |
| 58012 | JUVEN ORANGE 23G PACKS 30/CS | 1 | 1 | 0 | CS | 63.80 | CS | 63.80 | |
| GH81 | PROCELL POWDER PACKETS 25/BO 10 BOXES/CASE | 1 | 0 | 1 | CS | 89.70 | CS | .00 | * |
| 729 | TWOCAL HN VANILLA 8 OZ 24/CASE | 3.00 | 3.00 | .00 | CS | 17.95 | CS | 53.85 | |

CONTINUED



# INVOICE

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 585583 |
|---|---|
| Date | 04/23/07 |
| Page | 2 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10962 | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467869 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 54638 | OPTIMENTAL 8 OZ 24/CASE | 1.0000 | 1.0000 | .0000 | CS | 113.00 | CS | 113.00 | |
| 50648 | ENSURE STRAWBERRY 8 OZ 24/CASE | 1.00 | 1.00 | .00 | CS | 10.95 | CS | 10.95 | |
| 54328 | GLUCERNA SHAKE VANILLA 8 OZ 24/CASE | 1.0000 | 1.0000 | .0000 | CS | 21.95 | CS | 21.95 | |
| 51206 | GLUCERNA RTH 1000ML 8/CASE | 6.00 | 6.00 | .00 | CS | 49.25 | CS | 295.50 | |
| 0016 | SHAMPOO & BODY WASH-DERMAVER 8 OZ 48/CASE | 48 | 48 | 0 | EA | .66 | EA | 31.68 | * |
| 50160 | BABY OIL 16OZ 12/CS | 12 | 12 | 0 | BT | 1.47 | BT | 17.64 | |
| 00128 | LOTION W/ALOE-DERMADAILY 8 O 48/CASE | 12 | 12 | 0 | EA | .37 | EA | 4.44 | * |
| 00104 | ALCOHOL GEL-GELRITE 4 OZ 24/CASE | 6 | 6 | 0 | EA | .65 | EA | 3.90 | * |
| 1179-16 | PEROXIDE HYDROGEN 16 OZ 12/CASE (019877) | 1 | 1 | 0 | EA | 1.05 | EA | 1.05 | * |
| 908 | SHAMPOO BABY TEARLESS 8 OZ 48/CASE | 12 | 12 | 0 | EA | .58 | EA | 6.96 | * |
| AMSPRO | SPOON PLASTIC MD WEIGHT 1000 (SPOON-MED) | 1 | 1 | 0 | CS | 7.28 | CS | 7.28 | * |
| 3305 | TISSUE FACIAL 2PLY 150/BX 36/CASE "ASPEN" | 1.00 | 1.00 | .00 | CS | 36.50 | CS | 36.50 | * |
| 4242 | CUPS SOUFFLE 3/4 OZ 5000/CS (NSC4) | 1 | 1 | 0 | CS | 27.50 | CS | 27.50 | * |
| 4260 | STRAWS FLEXIBLE 400/BOX | 1 | 1 | 0 | BX | 2.20 | BX | 2.20 | * |
| 00176 | EUCERIN-DERMACERIN 16 OZ 24/ | 1 | 1 | 0 | EA | 3.50 | EA | 3.50 | * |
| 5150K | ALCOHOL PREP PAD MEDIUM 200/ 20 BOXES/CASE | 4 | 4 | 0 | BX | 1.30 | BX | 5.20 | * |
| 454 | KERLIX ROLL N/ST GENERIC 100/CASE (441251) | 20 | 0 | 0 | EA | .60 | EA | .00 | * |
| 125-16 | MILK OF MAGNESIA 16 OZ 400MG MAGNESIUM HYDROXID/TSP | 1 | 1 | 0 | EA | 1.02 | EA | 1.02 | * |
| 76000 | CATH INSERTION TRAY 30CC 20/CS (NO CATH) | 5 | 5 | 0 | EA | 1.50 | EA | 7.50 | * |
| 68800 | CATH IRRIGATION TRAY PISTON 20/CASE | 21 | 21 | 0 | EA | 1.00 | EA | 21.00 | * |

**CONTINUED**



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE
**Customer Copy**

| Number | 585583 |
|---|---|
| Date | 04/23/07 |
| Page | 3 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10962 | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467869 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| AS398 | SODIUM CHLORIDE IRR .9% 100M 48/CASE | 1.00 | 1.00 | .00 | CS | 18.25 | CS | 18.25 | * |
| AS308N | LEG BAG MEDIUM 600 ML 48/CASE (AS306N) AS306N | 2 | 2 | 0 | EA | 2.41 | EA | 4.82 | * |
| 560141 | SYRINGE 60CC CATH TIP 20/BOX 5 BOXES/CASE | 20 | 20 | 0 | EA | .49 | EA | 9.80 | * |
| A5210 | TAPE CLOTH 1" 12 RL/BOX 12 BOXES/CASE (3562) | 1 | 1 | 0 | BX | 9.85 | BX | 9.85 | * |
| A5110 | TAPE PAPER 1" 12 RL/BOX 12 BOXES/CASE (3552) | 1.0000 | 1.0000 | .0000 | BX | 4.05 | BX | 4.05 | * |
| 4611 | DRAIN SPONGE ST 4 X 4 6PLY 50/BX 12 BX/CS (441407) (708 | 2 | 2 | 0 | BX | 4.45 | BX | 8.90 | * |
| 2115 | MASK EARLOOP PROCEDURE 50/BX 12 BX/CS (2201 DYN) | 10 | 10 | 0 | BX | 4.50 | BX | 45.00 | * |
| 66700 | STAPLE REMOVER (SKIN) 48/CASE | 1 | 0 | 1 | EA | 2.35 | EA | .00 | * |
| 741-01 | OYSTER SHELL CALC 500MG 100/ | 1 | 1 | 0 | BT | 1.90 | BT | 1.90 | * |
| 911-36 | ASPIRIN BABY CHEW 81MG 36/B | 4 | 4 | 0 | BT | .72 | BT | 2.88 | * |
| 747-06 | CALCIUM CARB 600MG W/D 60/BT GEN CALTRATE + | 1 | 1 | 0 | BT | 1.50 | BT | 1.50 | * |
| 455-06 | SENOKOT S TABS 60/BT SENNA + DOCUSATE SODIUM | 1 | 1 | 0 | BT | 16.19 | BT | 16.19 | * |
| 501-01 | VITAMIN MULTI TAB 100/BT | 1 | 1 | 0 | BT | 1.00 | BT | 1.00 | * |
| 531-01 | VITAMIN MULTI W/MIN 100/BT | 3 | 3 | 0 | BT | 2.20 | BT | 6.60 | * |
| 921-01 | ASPIRIN COATED 5GR 100/BT GENERIC ECOTRIN | 1 | 1 | 0 | BT | 1.38 | BT | 1.38 | * |
| 101-01 | ACETAMINOPHEN TAB 325MG 100/ (GENERIC TYLENOL) | 4 | 4 | 0 | BT | .79 | BT | 3.16 | * |
| 201-01 | ACETAMINOPHEN TAB 500MG 100/ | 3 | 3 | 0 | BT | 1.15 | BT | 3.45 | * |
| CS45B | MANICURE STICKS 144/BX 50 BOXES/CASE | 1 | 1 | 0 | BX | 2.59 | BX | 2.59 | * |
| TP-15 | TOOTHPASTE 1.5 OZ REFRESH 144/CASE | 20 | 20 | 0 | EA | .36 | EA | 7.20 | * |
| 5060 | PROMISE FOR MEN 120/CASE (50600) | 1 | 1 | 0 | CS | 72.95 | CS | 72.95 | * |
| 3602 | BANDAIDS 1" X 3" 100/BX 24 BOXES/CASE | 1 | 1 | 0 | BX | 1.99 | BX | 1.99 | * |

CONTINUED



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 585583 |
|---|---|
| Date | 04/23/07 |
| Page | 4 |

**Bill To:** 2203
MARATHON HEALTH CARE CENTER
OF TORRINGTON
80 FERN DRIVE
TORRINGTON, CT 06790

**Ship To:** SAME
MARATHON HEALTH CARE CENTER
OF TORRINGTON
80 FERN DRIVE
TORRINGTON, CT 06790

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10962 | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467869 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 9V | BATTERY 9 VOLT EACH (NOT PACK) | 4 | 4 | 0 | EA | 2.00 | EA | 8.00 | * |
| AAA-DUR | BATTERY AAA EACH (NOT PACK) | 8 | 8 | 0 | EA | .58 | EA | 4.64 | * |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 1 | 1 | 0 | CS | 15.25 | CS | 15.25 | * |
| 511110 | SYRINGE SAFETY INS 1CC 29X1/ 100/BX 5 BX/CS | 3 | 3 | 0 | BX | 22.00 | BX | 66.00 | * |
| H360-10 | WASH BASINS 6QT MAUVE 50/CASE | 10 | 10 | 0 | EA | .65 | EA | 6.50 | * |
| H100-10 | BEDPAN FRACTURE MAUVE 50/CASE | 6 | 6 | 0 | EA | .69 | EA | 4.14 | * |
| 8508SA | SHARPS CONTAINER CLEAR 5 QT 20/CASE FOR MED CART | 3 | 3 | 0 | EA | 5.25 | EA | 15.75 | * |
| H140D-1 | URINAL W/COVER MALE 50/CASE | 5 | 5 | 0 | EA | .49 | EA | 2.45 | * |
| 255984 | EAR DROPS (DEBROX) 15CC | 5 | 5 | 0 | EA | 4.00 | EA | 20.00 | @ |
| 477547 | IMODIUM AD CAPS(LOPERAMIDE)2 (ANTI-DIARRHEAL) (381-24) 2M | 1 | 1 | 0 | BX | 3.65 | BX | 3.65 | * |
| 656-15 | NIFEREX CAP 150MG 100/BOX "POLYSACCHARIDE IRON" | 1 | 1 | 0 | BX | 21.50 | BX | 21.50 | * |
| 865-01 | ZINC SULFATE 220 MG 100/BT | 1 | 1 | 0 | BT | 2.65 | BT | 2.65 | * |
| 2804813 | FOLIC ACID 800 MCG 100/BOTTLE (693853) | 1 | 1 | 0 | BT | 2.45 | BT | 2.45 | * |
| 020479 | GLUCOSAMINE SULFATE 500MG 60 | 1 | 1 | 0 | BT | 12.48 | BT | 12.48 | * |
| 6000B | GERIGLOVES-SLEEVES PAIR 25 PAIR/CASE | 1 | 1 | 0 | PR | 12.50 | PR | 12.50 | * |
| 665Y-10 | STETHESCOPE DISPOSABLE LATEX FREE (722Y) | 1 | 1 | 0 | EA | 2.68 | EA | 2.68 | * |
| 809N | SPHYG GAUGE BLACK (2316) | 1 | 1 | 0 | EA | 12.19 | EA | 12.19 | * |
| FNC32/5 | NAIL CLIPPERS FINGER 6/BOX 48 BOXES/CASE | 12 | 12 | 0 | EA | .54 | EA | 6.48 | * |
| 8215 | DRAINAGE BAG HOLDER POSEY | 2 | 2 | 0 | EA | 12.22 | EA | 24.44 | * |
| 00188 | LOTION SARNA GEN 7.5 OZ "DERMASARRA" 24/CS | 1 | 1 | 0 | EA | 7.50 | EA | 7.50 | * |
| 555006 | ASSURE III CONTROL SOLUTION | 1 | 1 | 0 | EA | 11.25 | EA | 11.25 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 8 | 8 | 0 | BX | 12.95 | BX | 103.60 | * |

**CONTINUED**



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 585583 |
|---|---|
| Date | 04/23/07 |
| Page | 5 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10962 | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467869 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 7115 | STOCKINGS TED KNEE MED PAIR 12 PAIRS/BOX | 3 | 3 | 0 | PR | 6.54 | PR | 19.62 | |
| 7604 | STOCKINGS TED KNEE X-LGE PAI 12 PAIRS/BOX | 2 | 2 | 0 | PR | 6.54 | PR | 13.08 | |
| 5122 | THERM TEMPA-DOT F ORAL 100/B 20 BOXES/CASE | 1 | 1 | 0 | BX | 19.69 | BX | 19.69 | * |
| PC800 | THERMOMETER THERMOSCAN PROBE COVERS 200/BOX 4 BOX/CASE | 2 | 2 | 0 | BX | 19.56 | BX | 39.12 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2383.81 | .00 | | 83.89 | .00 | 2467.70 |

WE APPRECIATE YOUR BUSINESS



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

# CREDIT MEMO

**Customer Copy**

| Number | 587069 |
|---|---|
| Date | 04/28/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| CATHY | 04/28/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | C28684 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 50648 | From CRS Doc# 037331<br>ENSURE STRAWBERRY 8 OZ<br>24/CASE<br>From CRS # 037331 Ln 001<br>Past Invoice # 584172 | -1.00 | -1.00 | .00 | CS | 10.95 | CS | -10.95 | |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| -10.95 | .00 | .00 | .00 | .00 | -10.95 |

WE APPRECIATE YOUR BUSINESS



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# CREDIT MEMO

**Customer Copy**

| Number | 587070 |
|---|---|
| Date | 04/28/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| CATHY | 04/28/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | C28685 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 401-01 | From CRS Doc# 037308<br>DIOCTO SOFTGEL (COLACE) 100/<br>(DOCUSATE SODIUM) 100MG<br>From CRS # 037308 Ln 001<br>Past Invoice # 582430 | -3 | -3 | 0 | BT | 1.63 | BT | -4.89 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| -4.89 | .00 | .00 | -.29 | .00 | -5.18 |

WE APPRECIATE YOUR BUSINESS



# CREDIT MEMO

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 587071 |
|---|---|
| Date | 04/28/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| CATHY | 04/28/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | C28686 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 21213 | From CRS Doc# 037314<br>GLOVES VINYL N/ST LARGE 100/ 10 BX/CASE (EVP-104)<br>From CRS # 037314 Ln 001<br>Past Invoice # 584172 | -1.0 | -1.0 | .0 | CS | 21.00 | CS | -21.00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| -21.00 | .00 | .00 | -1.26 | .00 | -22.26 |

WE APPRECIATE YOUR BUSINESS



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

Customer Copy

| Number | 587504 |
|---|---|
| Date | 04/30/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PAULA 4/27 | 04/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468818 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ************************************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ************************************** | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 4 | 4 | 0 | CS | 21.25 | CS | 85.00 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 7 | 7 | 0 | CS | 21.25 | CS | 148.75 | |
| RK5 | CUPS PLASTIC 5 OZ 2500/CS 25 SLEEVES OF 100 | 1 | 1 | 0 | CS | 24.50 | CS | 24.50 | * |
| A3950 | WASHCLOTHS DRY 500/CASE | 9 | 9 | 0 | CS | 13.00 | CS | 117.00 | * |
| 9173 | UNDERPAD MAXIMA 30 X 30 80/C FLUFF/POLYMER | 10 | 10 | 0 | CS | 21.85 | CS | 218.50 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1605 | UNDERWEAR PROTECTIVE MED 80/ | 3 | 3 | 0 | CS | 32.00 | CS | 96.00 | |
| DR-05 | RAZORS DELUXE TWIN BLADE 100/BOX 20 BOXES/CASE (DR-0 | 1 | 1 | 0 | BX | 8.20 | BX | 8.20 | * |
| 501528 | POWDER GOLD BOND GEN 10 OZ (MEDICATED) | 2 | 2 | 0 | EA | 2.20 | EA | 4.40 | * |
| 5150K | ALCOHOL PREP PAD MEDIUM 200/ 20 BOXES/CASE | 4 | 4 | 0 | BX | 1.30 | BX | 5.20 | * |
| SLN200100 | LANCET SAFETY LOW FLOW GRAY SURGILANCE 100/BX 15 BX/CS | 4 | 4 | 0 | BX | 12.53 | BX | 50.12 | * |
| 21211 | GLOVES VINYL N/ST SM 100/BX 10 BX/CASE | 1.0 | 1.0 | .0 | CS | 21.00 | CS | 21.00 | * |

CONTINUED



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 587504 |
|---|---|
| Date | 04/30/07 |
| Page | 2 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PAULA 4/27 | 04/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468818 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 2F7112 | STERILE WATER IRRIG 250ML 24/CASE | 1.00 | 1.00 | .00 | CS | 34.24 | CS | 34.24 | * |
| 21212 | GLOVES VINYL N/ST MED 100/BO 10 BX/CASE (EVP-103) | 5.0 | 5.0 | .0 | CS | 21.00 | CS | 105.00 | * |
| 21213 | GLOVES VINYL N/ST LARGE 100/ 10 BX/CASE (EVP-104) | 2.0 | 2.0 | .0 | CS | 21.00 | CS | 42.00 | * |
| PF20211 | GLOVES VINYL (SYNTH) PF SMAL 100/BOX 10 BX/CASE | 1 | 1 | 0 | BX | 2.10 | BX | 2.10 | * |
| TB30 | TOOTHBRUSH ADULT 144/BOX 10 BOXES/CASE | 20 | 20 | 0 | EA | .05 | EA | 1.00 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 4 | 4 | 0 | BX | 2.10 | BX | 8.40 | * |
| EVNP-104 | GLOVES VINYL (SYNTH) PF LARG 100/BOX 10 BX/CASE | 4 | 4 | 0 | BX | 2.10 | BX | 8.40 | * |
| 52040 | PATROL PUMP SET WITH PIERCIN PIN | 30 | 30 | 0 | EA | 1.78 | EA | 53.40 | * |
| 0016 | SHAMPOO & BODY WASH-DERMAVER 8 OZ 48/CASE | 1.0000 | 1.0000 | .0000 | CS | 31.68 | CS | 31.68 | * |
| 50160 | BABY OIL 16OZ 12/CS | 6 | 6 | 0 | BT | 1.47 | BT | 8.82 | * |
| 00128 | LOTION W/ALOE-DERMADAILY 8 O 48/CASE | 12 | 12 | 0 | EA | .37 | EA | 4.44 | * |
| 00104 | ALCOHOL GEL-GELRITE 4 OZ 24/CASE | 12 | 12 | 0 | EA | .65 | EA | 7.80 | * |
| 903 | SHAMPOO BABY TEARLESS 8 OZ 48/CASE | 12 | 12 | 0 | EA | .58 | EA | 6.96 | * |
| AMSPRO | SPOON PLASTIC MD WEIGHT 1000 (SPOON-MED) | 1 | 1 | 0 | CS | 7.28 | CS | 7.28 | * |
| 3305 | TISSUE FACIAL 2PLY 150/BX 36/CASE "ASPEN" | 1.00 | 1.00 | .00 | CS | 36.50 | CS | 36.50 | * |
| 4260 | STRAWS FLEXIBLE 400/BOX | 1 | 1 | 0 | BX | 2.20 | BX | 2.20 | * |
| 125-16 | MILK OF MAGNESIA 16 OZ 400MG MAGNESIUM HYDROXID/TSP | 1 | 1 | 0 | EA | 1.02 | EA | 1.02 | * |
| 3512A | DRAINAGE BAG KENDALL 20/CASE | 5 | 5 | 0 | EA | 1.96 | EA | 9.80 | * |
| 76000 | CATH INSERTION TRAY 30CC 20/CS (NO CATH) | 5 | 5 | 0 | EA | 1.50 | EA | 7.50 | * |

**CONTINUED**



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 587504 |
|---|---|
| Date | 04/30/07 |
| Page | 3 |

**Bill To:** 2203
MARATHON HEALTH CARE CENTER
OF TORRINGTON
80 FERN DRIVE
TORRINGTON, CT 06790

**Ship To:** SAME
MARATHON HEALTH CARE CENTER
OF TORRINGTON
80 FERN DRIVE
TORRINGTON, CT 06790

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PAULA 4/27 | 04/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468818 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 68800 | CATH IRRIGATION TRAY PISTON 20/CASE | 21 | 21 | 0 | EA | 1.00 | EA | 21.00 | * |
| AS398 | SODIUM CHLORIDE IRR .9% 100M 48/CASE | 1.00 | 1.00 | .00 | CS | 18.25 | CS | 18.25 | * |
| 560141 | SYRINGE 60CC CATH TIP 20/BOX 5 BOXES/CASE | 1.00 | 1.00 | .00 | BX | 9.80 | BX | 9.80 | * |
| 1096 | SOCKS SLIPPER ANKLE LENGTH W/TREAD ADULT REG 48PR/CASE | 1 | 1 | 0 | PR | 1.07 | PR | 1.07 | |
| 1097 | SOCKS SLIPPER ANKLE LENGTH W/TREAD ADULT XL 48 PR/CASE | 1 | 1 | 0 | PR | 2.00 | PR | 2.00 | |
| 4611 | DRAIN SPONGE ST 4 X 4 6PLY 50/BX 12 BX/CS (441407) (708 | 2 | 2 | 0 | BX | 4.45 | BX | 8.90 | * |
| 4800-G | GAUZE ST 4 X 4 8 PLY 50/BOX 24 BOXES/CASE (441001) | 1.00 | 1.00 | .00 | BX | 1.75 | BX | 1.75 | * |
| 3005 | GAUZE N/ST 4 X 4 8PLY 200/BA 20 BAGS/CASE (441217) | 3 | 3 | 0 | BG | 1.82 | BG | 5.46 | * |
| 2115 | MASK BARLOOP PROCEDURE 50/BX 12 BX/CS (2201 DYN) | 10 | 10 | 0 | BX | 4.50 | BX | 45.00 | * |
| AMD3001 | GAUZE N/ST 2 X 2 8PLY 200/BA 25 BOXES/CASE (442308) | 3 | 3 | 0 | BG | .99 | BG | 2.97 | * |
| 2800-G | GAUZE ST 2 X 2 8 PLY 100/BOX 30 BOXES/CASE (441211) | 1.00 | 1.00 | .00 | BX | 1.60 | BX | 1.60 | * |
| 3161 | KERLIX ROLL STERILE 4" KENDA 60/CASE (441103) | 20 | 20 | 0 | EA | .91 | EA | 18.20 | * |
| 742-06 | OSCAL TAB 500MG W/VIT D 60/B OYSTER SHELL CALCIUM | 3 | 3 | 0 | BT | 1.40 | BT | 4.20 | * |
| 841-01 | VITAMIN C 500MG 100/BT | 1 | 1 | 0 | BT | 1.79 | BT | 1.79 | * |
| 911-36 | ASPIRIN BABY CHEW 81MG 36/B | 4 | 4 | 0 | BT | .72 | BT | 2.88 | * |
| 747-06 | CALCIUM CARB 600MG W/D 60/BT GEN CALTRATE + | 3 | 3 | 0 | BT | 1.50 | BT | 4.50 | * |
| 941-01 | IBUPROFEN TABS 200MG 100/BT GENERIC ADVIL | 2 | 2 | 0 | BT | 2.07 | BT | 4.14 | * |
| 455-06 | SENOKOT-S TABS 60/BT SENNA + DOCUSATE SODIUM | 1 | 1 | 0 | BT | 16.19 | BT | 16.19 | * |
| 831-01 | VITAMIN C 250MG 100/BT | 1 | 1 | 0 | BT | 1.30 | BT | 1.30 | * |
| 501-01 | VITAMIN MULTI TAB 100/BT | 2 | 2 | 0 | BT | 1.00 | BT | 2.00 | * |
| 531-01 | VITAMIN MULTI W/MIN 100/BT | 2 | 2 | 0 | BT | 2.20 | BT | 4.40 | * |

CONTINUED



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 587504 |
|---|---|
| Date | 04/30/07 |
| Page | 4 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PAULA 4/27 | 04/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468818 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | U/M | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 703-01 | FERROUS SULFATE 325MG 100/BO GENERIC (IRON TABLETS) | 1 | 1 | 0 | BT | 1.20 | BT | 1.20 | * |
| 921-01 | ASPIRIN COATED 5GR 100/BT GENERIC ECOTRIN | 3 | 3 | 0 | BT | 1.38 | BT | 4.14 | * |
| 981-01 | ASPIRIN COATED LOW DOSE 81MG 100/BT | 3 | 3 | 0 | BT | 1.20 | BT | 3.60 | * |
| 731-01 | OYSTER SHELL CALC/D 250MG 10 (GENERIC OSCAL) | 2 | 2 | 0 | BT | 1.39 | BT | 2.78 | * |
| 101-01 | ACETAMINOPHEN TAB 325MG 100/ (GENERIC TYLENOL) | 6 | 6 | 0 | BT | .79 | BT | 4.74 | * |
| 201-01 | ACETAMINOPHEN TAB 500MG 100/ | 3 | 3 | 0 | BT | 1.15 | BT | 3.45 | * |
| 451-01 | SENOKOT TABS (SENNA) 100/BT 8.6MG SENNOSIDES | 3 | 3 | 0 | BT | 1.36 | BT | 4.08 | * |
| 401-01 | DIOCTO SOFTGEL (COLACE) 100/ (DOCUSATE SODIUM) 100MG | 3 | 3 | 0 | BT | 1.63 | BT | 4.89 | * |
| TP-15 | TOOTHPASTE 1.5 OZ REFRESH 144/CASE | 20 | 20 | 0 | EA | .36 | EA | 7.20 | * |
| AA-DUR | BATTERY AA EACH (NOT PACK) | 16 | 16 | 0 | EA | .45 | EA | 7.20 | * |
| 9V | BATTERY 9 VOLT EACH (NOT PACK) | 3 | 3 | 0 | EA | 2.00 | EA | 6.00 | * |
| AAA-DUR | BATTERY AAA EACH (NOT PACK) | 8 | 8 | 0 | EA | .58 | EA | 4.64 | * |
| C-DUR | BATTERY C EACH (NOT PACK) | 6 | 6 | 0 | EA | .94 | EA | 5.64 | * |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 3 | 3 | 0 | CS | 15.25 | CS | 45.75 | * |
| 511110 | SYRINGE SAFETY INS 1CC 29X1/ 100/BX 5 BX/CS | 3 | 3 | 0 | BX | 22.00 | BX | 66.00 | * |
| H360-10 | WASH BASINS 6QT MAUVE 50/CASE | 20 | 20 | 0 | EA | .65 | EA | 13.00 | * |
| H100-10 | BEDPAN FRACTURE MAUVE 50/CASE | 12 | 12 | 0 | EA | .69 | EA | 8.28 | * |
| 8508SA | SHARPS CONTAINER CLEAR 5 QT 20/CASE FOR MED CART | 3 | 3 | 0 | EA | 5.25 | EA | 15.75 | * |
| H140D-1 | URINAL W/COVER MALE 50/CASE | 5 | 5 | 0 | EA | .49 | EA | 2.45 | * |
| 255984 | EAR DROPS (DEBROX) 15CC | 4 | 4 | 0 | EA | 4.00 | EA | 16.00 | * |

CONTINUED



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 587504 |
|---|---|
| Date | 04/30/07 |
| Page | 5 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PAULA 4/27 | 04/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468818 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 411440 | GAS-X CHERRY CREAM 36/BX (235739) 80MG SIMETHICONE | 1 | 1 | 0 | BX | 5.69 | BX | 5.69 | * |
| 477547 | IMODIUM AD CAPS(LOPERAMIDE)2 (ANTI-DIARRHEAL) (381-24) 2M | 1 | 1 | 0 | BX | 3.65 | BX | 3.65 | * |
| HOL3704 | HOL-2PC 2 3/4 W/FLANGE 5/BOX | 1 | 1 | 0 | BX | 27.20 | BX | 27.20 | |
| HOL3804 | HOL-2PC 2 3/4 DRNBL W/FLANGE 10/BOX | 1 | 1 | 0 | BX | 26.88 | BX | 26.88 | |
| 776Z | SPHYG ADULT PINLESS NYLON CU (202S) | 2 | 2 | 0 | EA | 21.00 | EA | 42.00 | * |
| 502914 | TEARS (LIQUITEARS) 15CC | 2 | 2 | 0 | EA | 1.14 | EA | 2.28 | * |
| FNC3275 | NAIL CLIPPERS FINGER 6/BOX 48 BOXES/CASE | 12 | 12 | 0 | EA | .54 | EA | 6.48 | * |
| TNC3299 | NAIL CLIPPERS TOE | 6 | 6 | 0 | EA | 1.43 | EA | 8.58 | * |
| 852125 | SANITARY NAPKIN STAY FREE 10 (073056) | 2 | 2 | 0 | BX | 3.18 | BX | 6.36 | |
| 909370 | ALARM SEAT BELT-CHAIR PRO | 2 | 2 | 0 | EA | 79.90 | EA | 159.80 | * |
| 555006 | ASSURE III CONTROL SOLUTION | 1 | 1 | 0 | EA | 11.25 | EA | 11.25 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 9 | 9 | 0 | BX | 12.95 | BX | 116.55 | * |
| 7115 | STOCKINGS TED KNEE MED PAIR 12 PAIRS/BOX | 1 | 1 | 0 | PR | 6.54 | PR | 6.54 | |
| 7203 | STOCKINGS TED KNEE LG-PR 12 PAIRS/BOX | 1 | 1 | 0 | PR | 7.99 | PR | 7.99 | |
| 7604 | STOCKINGS TED KNEE X-LGE PAI 12 PAIRS/BOX | 1 | 1 | 0 | PR | 6.54 | PR | 6.54 | |
| PC800 | THERMOMETER THERMOSCAN PROBE COVERS 200/BOX 4 BOX/CASE | 1 | 1 | 0 | BX | 19.56 | BX | 19.56 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2146.75 | .00 | | 95.74 | .00 | 2242.49 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 587505 |
|---|---|
| Date | 04/30/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10971 | 04/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468995 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ************************* **************** Should only be ordering item number 60043DP 60044DP 60045DP ************************* **************** | | | | | | | | |
| NDD | NEXT DAY RUSH/STAT DELIVERY ************************** | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| 282300 | BENEFIBER SINGLE SERVE PACKE .14 OZ/PK 75 PK/CASE 1Z1036530340776962 | 1 | 1 | 0 | CS | 30.26 | CS | 30.26 | |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 30.26 | .00 | | .00 | .00 | 30.26 |

WE APPRECIATE YOUR BUSINESS



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 587499 |
|---|---|
| Date | 04/30/07 |
| Page | 1 |

| Bill To: 2203 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10962 | 04/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467869 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| GH81 | PROCELL POWDER PACKETS 25/BO 10 BOXES/CASE | 1 | 0 | 1 | CS | 89.70 | CS | .00 | * |
| 454 | KERLIX ROLL N/ST GENERIC 100/CASE (441251) | 20 | 20 | 0 | EA | .60 | EA | 12.00 | * |
| 66700 | STAPLE REMOVER (SKIN) 48/CASE | 1 | 1 | 0 | EA | 2.35 | EA | 2.35 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 14.35 | .00 | | .86 | .00 | 15.21 |

WE APPRECIATE YOUR BUSINESS



# INVOICE

**Customer Copy**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

| Number | 584173 |
|---|---|
| Date | 04/16/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10954 | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466978 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ************************************* | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ************************************* | | | | | | | | |
| | TUESDAY DELIVERY | | | | | | | | |
| NDC | NEXT DAY CORRECTION | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| | ************************************* | | | | | | | | |
| 401-01 | DIOCTO SOFTGEL (COLACE) 100/ (DOCUSATE SODIUM) 100MG | 3 | 3 | 0 | BT | 1.63 | BT | 4.89 | * |
| | 1Z1036530340333243 | | | | | | | | |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 4.89 | .00 | | .29 | .00 | 5.18 |

WE APPRECIATE YOUR BUSINESS