

**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 588989 |
|---|---|
| Date | 05/07/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Due # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10966 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469877 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ********************************** **************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ****************************** **************** | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS | 4 | 4 | 0 | CS | 21.25 | CS | 85.00 | |
| 60045DP | WINGS CHOICE DP | 7 | 7 | 0 | CS | 21.25 | CS | 148.75 | |
| | BRIEF KENDALL XL 60/CS | | | | | | | | |
| 6597B20 | WINGS CHOICE DP | 1 | 1 | 0 | CS | 26.75 | CS | 26.75 | |
| | LINER WINGS DAY PLUS 80/CASE | | | | | | | | |
| 4252 | CUPS MED 1OZ GRAD 5000/CS (NMCO) | 1 | 1 | 0 | CS | 27.50 | CS | 27.50 | * |
| RK5 | CUPS PLASTIC 5 OZ 2500/CS 25 SLEEVES OF 100 | 1 | 1 | 0 | CS | 24.50 | CS | 24.50 | * |
| A3950 | WASHCLOTHS DRY 500/CASE | 9 | 9 | 0 | CS | 13.00 | CS | 117.00 | * |
| 9173 | UNDERPAD MAXIMA 30 X 30 80/C FLUFF/POLYMER | 9 | 9 | 0 | CS | 21.85 | CS | 196.65 | * |
| 77063 | ALARM CHAIR PAD QUALCARE 6 M 10/CASE | 1 | 1 | 0 | EA | 35.00 | EA | 35.00 | * |
| 77068 | ALARM BED PAD QUALCARE 6 MON 10/CASE | 1 | 1 | 0 | EA | 55.00 | EA | 55.00 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1605 | UNDERWEAR PROTECTIVE MED 80/ | 3 | 3 | 0 | CS | 32.00 | CS | 96.00 | |
| 501528 | POWDER GOLD BOND GEN 10 OZ (MEDICATED) | 1 | 1 | 0 | EA | 2.20 | EA | 2.20 | * |
| 5150K | ALCOHOL PREP PAD MEDIUM 200/ 20 BOXES/CASE | 4 | 4 | 0 | BX | 1.30 | BX | 5.20 | * |

**CONTINUED**



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 588989 |
|---|---|
| Date | 05/07/07 |
| Page | 2 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10966 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469877 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| SLN200100 | LANCET SAFETY LOW FLOW GRAY SURGILANCE 100/BX 15 BX/CS | 4 | 4 | 0 | BX | 12.53 | BX | 50.12 | * |
| 21211 | GLOVES VINYL N/ST SM 100/BX 10 BX/CASE | 1.0 | 1.0 | .0 | CS | 21.00 | CS | 21.00 | * |
| 2F7112 | STERILE WATER IRRIG 250ML 24/CASE | 1.00 | 1.00 | .00 | CS | 34.24 | CS | 34.24 | * |
| 21212 | GLOVES VINYL N/ST MED 100/BO 10 BX/CASE (EVP-103) | 5.0 | 5.0 | .0 | CS | 21.00 | CS | 105.00 | * |
| 21213 | GLOVES VINYL N/ST LARGE 100/ 10 BX/CASE (EVP-104) | 20 | 20 | 0 | BX | 2.10 | BX | 42.00 | * |
| PF20211 | GLOVES VINYL (SYNTH) PF SMAL 100/BOX 10 BX/CASE | 1 | 1 | 0 | BX | 2.10 | BX | 2.10 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 2 | 2 | 0 | BX | 2.10 | BX | 4.20 | * |
| EVNP-104 | GLOVES VINYL (SYNTH) PF LARG 100/BOX 10 BX/CASE | 4 | 4 | 0 | BX | 2.10 | BX | 8.40 | * |
| 54638 | OPTIMENTAL 8 OZ 24/CASE | 1.0000 | 1.0000 | .0000 | CS | 113.00 | CS | 113.00 | |
| 50648 | ENSURE STRAWBERRY 8 OZ 24/CASE | 1.00 | 1.00 | .00 | CS | 10.95 | CS | 10.95 | |
| 54328 | GLUCERNA SHAKE VANILLA 8 OZ 24/CASE | 1.0000 | 1.0000 | .0000 | CS | 21.95 | CS | 21.95 | |
| 52040 | PATROL PUMP SET WITH PIERCIN PIN | 30 | 30 | 0 | EA | 1.78 | EA | 53.40 | * |
| 51206 | GLUCERNA RTH 1000ML 8/CASE | 6.00 | 6.00 | .00 | CS | 49.25 | CS | 295.50 | |
| 0016 | SHAMPOO & BODY WASH-DERMAVER 8 OZ 48/CASE | 1.0000 | 1.0000 | .0000 | CS | 31.68 | CS | 31.68 | * |
| 50160 | BABY OIL 16OZ 12/CS | 6 | 6 | 0 | BT | 1.47 | BT | 8.82 | |
| 00128 | LOTION W/ALOE-DERMADAILY 8 O 48/CASE | 12 | 12 | 0 | EA | .37 | EA | 4.44 | * |
| 0092BB | SOAP DERMAKLEEN 1000ML ANTIMICROBIAL 10/CS | 2 | 2 | 0 | CS | 45.00 | CS | 90.00 | * |
| 00104 | ALCOHOL GEL-GELRITE 4 OZ 24/CASE | 12 | 12 | 0 | EA | .65 | EA | 7.80 | * |
| 908 | SHAMPOO BABY TEARLESS 8 OZ 48/CASE | 12 | 12 | 0 | EA | .58 | EA | 6.96 | * |

**CONTINUED**



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 588989 |
| Date | 05/07/07 |
| Page | 3 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Dpt # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10966 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469877 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| AMSPRO | SPOON PLASTIC MD WEIGHT 1000 (SPOON-MED) | 1 | 1 | 0 | CS | 7.28 | CS | 7.28 | * |
| 3305 | TISSUE FACIAL 2PLY 150/BX 36/CASE "ASPBN" | 1.00 | 1.00 | .00 | CS | 36.50 | CS | 36.50 | * |
| A7059 | ABD PAD ST 5 X 9 20/TRAY 20 TRAYS/CASE (3501) | 2.00 | 2.00 | .00 | TR | 1.99 | TR | 3.98 | * |
| 125-16 | MILK OF MAGNESIA 16 OZ 400MG MAGENSIUM HYDROXID/TSP | 1 | 1 | 0 | EA | 1.02 | EA | 1.02 | * |
| 76000 | CATH INSERTION TRAY 30CC 20/CS (NO CATH) | 5 | 5 | 0 | EA | 1.50 | EA | 7.50 | * |
| 68800 | CATH IRRIGATION TRAY PISTON 20/CASE | 21 | 21 | 0 | EA | 1.00 | EA | 21.00 | * |
| AS398 | SODIUM CHLORIDE IRR .9% 100M 48/CASE | 1.00 | 1.00 | .00 | CS | 18.25 | CS | 18.25 | * |
| AS308N | LEG BAG MEDIUM 600 ML 48/CASE (AS306N) AS308N | 1 | 1 | 0 | EA | 2.41 | EA | 2.41 | * |
| 560141 | SYRINGE 60CC CATH TIP 20/BOX 5 BOXES/CASE | 20 | 20 | 0 | EA | .49 | EA | 9.80 | * |
| A5110 | TAPE PAPER 1" 12 RL/BOX 12 BOXES/CASE (3552) | 1.0000 | 1.0000 | .0000 | BX | 4.05 | BX | 4.05 | * |
| 4611 | DRAIN SPONGE ST 4 X 4 6PLY 50/BX 12 BX/CS (441407) (708 | 2 | 2 | 0 | BX | 4.45 | BX | 8.90 | * |
| 4800-G | GAUZE ST 4 X 4 8 PLY 50/BOX 24 BOXES/CASE (441001) | 1.00 | 1.00 | .00 | BX | 1.75 | BX | 1.75 | * |
| 3005 | GAUZE N/ST 4 X 4 8PLY 200/BA 20 BAGS/CASE (441217) | 3 | 3 | 0 | BG | 1.82 | BG | 5.46 | * |
| 2115 | MASK EARLOOP PROCEDURE 50/BX 12 BX/CS (2201 DYN) | 10 | 10 | 0 | BX | 4.50 | BX | 45.00 | * |
| AMD3001 | GAUZE N/ST 2 X 2 8PLY 200/BA 25 BOXES/CASE (442308) | 3 | 3 | 0 | BG | .99 | BG | 2.97 | * |
| 2800-G | GAUZE ST 2 X 2 8 PLY 100/BOX 30 BOXES/CASE (441211) | 1.00 | 1.00 | .00 | BX | 1.60 | BX | 1.60 | * |
| 3161 | KERLIX ROLL STERILE 4" KENDA 60/CASE (441103) | 20 | 20 | 0 | EA | .91 | EA | 18.20 | * |
| 741-01 | OYSTER SHELL CALC 500MG 100/ | 1 | 1 | 0 | BT | 1.90 | BT | 1.90 | * |
| 911-36 | ASPIRIN BABY CHEW 81MG 36/B | 3 | 3 | 0 | BT | .72 | BT | 2.16 | * |
| 747-06 | CALCIUM CARB 600MG W/D 60/BT GEN CALTRATE + | 1 | 1 | 0 | BT | 1.50 | BT | 1.50 | * |

**CONTINUED**



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number: | 588989 |
| Date: | 05/07/07 |
| Page: | 4 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Whr | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10966 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469877 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 941-01 | IBUPROFEN TABS 200MG 100/BT GENERIC ADVIL | 1 | 1 | 0 | BT | 2.07 | BT | 2.07 | * |
| 501-01 | VITAMIN MULTI TAB 100/BT | 1 | 1 | 0 | BT | 1.00 | BT | 1.00 | * |
| 531-01 | VITAMIN MULTI W/MIN 100/BT | 1 | 1 | 0 | BT | 2.20 | BT | 2.20 | * |
| 703-01 | FERROUS SULFATE 325MG 100/BO GENERIC (IRON TABLETS) | 1 | 1 | 0 | BT | 1.20 | BT | 1.20 | * |
| 921-01 | ASPIRIN COATED 5GR 100/BT GENERIC ECOTRIN | 2 | 2 | 0 | BT | 1.38 | BT | 2.76 | * |
| 981-01 | ASPIRIN COATED LOW DOSE 81MG 100/BT | 2 | 2 | 0 | BT | 1.20 | BT | 2.40 | * |
| 101-01 | ACETAMINOPHEN TAB 325MG 100/ (GENERIC TYLENOL) | 4 | 4 | 0 | BT | .79 | BT | 3.16 | * |
| 201-01 | ACETAMINOPHEN TAB 500MG 100/ | 2 | 2 | 0 | BT | 1.15 | BT | 2.30 | * |
| 451-01 | SENOKOT TABS (SENNA) 100/BT 8.6MG SENNOSIDES | 2 | 2 | 0 | BT | 1.36 | BT | 2.72 | * |
| 401-01 | DIOCTO SOFTGEL (COLACE) 100/ (DOCUSATE SODIUM) 100MG | 3 | 3 | 0 | BT | 1.63 | BT | 4.89 | * |
| AA-DUR | BATTERY AA EACH (NOT PACK) | 8 | 8 | 0 | EA | .45 | EA | 3.60 | * |
| 9V | BATTERY 9 VOLT EACH (NOT PACK) | 3 | 3 | 0 | EA | 2.00 | EA | 6.00 | * |
| DYN4512 | ICE PACKS INSTANT 24/CS | 1.0000 | 1.0000 | .0000 | CS | 10.20 | CS | 10.20 | * |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 3 | 3 | 0 | CS | 15.25 | CS | 45.75 | * |
| 511110 | SYRINGE SAFETY INS 1CC 29X1/ 100/BX 5 BX/CS | 3 | 3 | 0 | BX | 22.00 | BX | 66.00 | * |
| H360-10 | WASH BASINS 6QT MAUVE 50/CASE | 20 | 20 | 0 | EA | .65 | EA | 13.00 | * |
| H100-10 | BEDPAN FRACTURE MAUVE 50/CASE | 12 | 12 | 0 | EA | .69 | EA | 8.28 | * |
| 8503SA | SHARPS CONTAINER CLEAR 5 QT 20/CASE FOR MED CART | 3 | 3 | 0 | EA | 5.25 | EA | 15.75 | * |
| H140D-1 | URINAL W/COVER MALE 50/CASE | 5 | 5 | 0 | EA | .49 | EA | 2.45 | * |
| 656-IS | NIFEREX CAP 150MG 100/BOX "POLYSACCHARIDE IRON" | 1 | 1 | 0 | BX | 21.50 | BX | 21.50 | * |
| FNC327S | NAIL CLIPPERS FINGER 6/BOX 48 BOXES/CASE | 6 | 6 | 0 | EA | .54 | EA | 3.24 | * |

**CONTINUED**



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 588989 |
|---|---|
| Date | 05/07/07 |
| Page | 5 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10966 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469877 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 852125 | SANITARY NAPKIN STAY FREE 10 (073056) | 1 | 1 | 0 | BX | 3.18 | BX | 3.18 | |
| 555006 | ASSURE III CONTROL SOLUTION | 1 | 1 | 0 | EA | 11.25 | EA | 11.25 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 9 | 9 | 0 | BX | 12.95 | BX | 116.55 | * |
| PC800 | THERMOMETER THERMOSCAN PROBE COVERS 200/BOX  4 BOX/CASE | 1 | 1 | 0 | BX | 19.56 | BX | 19.56 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2431.35 | .00 | | 89.61 | .00 | 2520.96 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 590768 |
|---|---|
| Date | 05/14/07 |
| Page | 1 |

| Bill To:<br>2203 | MARATHON HEALTH CARE CENTER<br>OF TORRINGTON<br>80 FERN DRIVE<br>TORRINGTON, CT 06790 | Ship To:<br>SAME | MARATHON HEALTH CARE CENTER<br>OF TORRINGTON<br>80 FERN DRIVE<br>TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Dept # | WO | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10979 | 05/14/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 471242 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordered | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ******************************<br>***************** | | | | | | | | |
| | Should only be ordering item<br>number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ******************************<br>***************** | | | | | | | | |
| | UPS DELIVERY FOR TUESDAY<br>NDC | | | | | | | | |
| 52040 | PATROL PUMP SET WITH PIERCIN<br>PIN | 30 | 30 | 0 | EA | 1.78 | EA | 53.40 | * |
| UPS | 1z1036530340350144<br>UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 53.40 | .00 | | 3.20 | .00 | 56.60 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 591569 |
| Date | 05/17/07 |
| Page | 1 |

| Bill To: 2203 | Ship To: |
|---|---|
| MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | SAME  MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10976 | 05/17/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 471764 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ****************************** ***************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ****************************** ***************** | | | | | | | | |
| | FRIDAY DELIVERY | | | | | | | | |
| 00256 | GAUZE BORDERED 6 X 6 (4 X 4 PAD) 100/CS 1Z1036530340513012 | 1 | 1 | 0 | CS | 60.00 | CS | 60.00 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 60.00 | .00 | | 3.60 | .00 | 63.60 |

WE APPRECIATE YOUR BUSINESS



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| | |
|---|---|
| Number | 583342 |
| Date | 04/12/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10942 | 04/12/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 464099 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backord'rd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ************************************* ***************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ********************************* ***************** | | | | | | | | |
| CVT1514-39 | TUBIGRIP BANDAGE 4 1/2" | 1 | 1 | 0 | EA | 82.25 | EA | 82.25 | * |
| UPS | 1Z10365303340471656 UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 82.25 | .00 | | 4.94 | .00 | 87.19 |

WE APPRECIATE YOUR BUSINESS

**Geriatric Medical**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| | |
|---|---|
| Number | 583343 |
| Date | 04/12/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10955 | 04/12/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466604 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ***************************** ***************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ***************************** ***************** | | | | | | | | |
| 52040 | PATROL PUMP SET WITH PIERCIN PIN | 30 | 30 | 0 | EA | 1.78 | EA | 53.40 | * |
| 286080 | MESALT 4X4 FOLDED DRESSING 30/BOX (8 BOX/CASE) | 1.0000 | 1.0000 | .0000 | BX | 58.15 | BX | 58.15 | * |
| 2202A | FIRST AID KIT 25 PERSON (1799-25) | 1 | 1 | 0 | EA | 22.25 | EA | 22.25 | * |
| | 1Z1036530340471666 | | | | | | | | |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 133.80 | .00 | | 8.03 | .00 | 141.83 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 584172 |
| Date | 04/16/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466882 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 4 | 4 | 0 | CS | 21.25 | CS | 85.00 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICH DP | 6 | 6 | 0 | CS | 21.25 | CS | 127.50 | |
| 4252 | CUPS MED 1OZ GRAD 5000/CS (NMCO) | 1 | 1 | 0 | CS | 27.50 | CS | 27.50 | * |
| RK5 | CUPS PLASTIC 5 OZ 2500/CS 25 SLEEVES OF 100 | 1 | 1 | 0 | CS | 24.50 | CS | 24.50 | * |
| A3950 | WASHCLOTHS DRY 500/CASE | 9 | 9 | 0 | CS | 13.00 | CS | 117.00 | * |
| 9173 | UNDERPAD MAXIMA 30 X 30 80/C FLUFF/POLYMER | 9 | 9 | 0 | CS | 21.85 | CS | 196.65 | * |
| 77063 | ALARM CHAIR PAD QUALCARE 6 M 10/CASE | 1 | 1 | 0 | EA | 35.00 | EA | 35.00 | * |
| 77068 | ALARM BED PAD QUALCARE 6 MON 10/CASE | 1 | 1 | 0 | EA | 55.00 | EA | 55.00 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 3 | 3 | 0 | CS | 32.00 | CS | 96.00 | |
| 1605 | UNDERWEAR PROTECTIVE MED 80/ | 3 | 3 | 0 | CS | 32.00 | CS | 96.00 | |
| DR-05 | RAZORS DELUXE TWIN BLADE 100/BOX 20 BOXES/CASE (DR-0 | 1 | 1 | 0 | BX | 8.20 | BX | 8.20 | * |
| 00933 | SHAVING CREAM 11 OZ 12/CASE | 1.00 | 1.00 | .00 | CS | 11.30 | CS | 11.30 | * |
| 501828 | POWDER GOLD BOND GEN 10 OZ (MEDICATED) | 1 | 1 | 0 | EA | 2.20 | EA | 2.20 | * |
| SLN200100 | LANCET SAFETY LOW FLOW GRAY SURGILANCE 100/BX 15 BX/CS | 4 | 4 | 0 | BX | 12.53 | BX | 50.12 | |
| 21211 | GLOVES VINYL N/ST SM 100/BX 10 BX/CASE | 1.0 | 1.0 | .0 | CS | 21.00 | CS | 21.00 | |
| 21212 | GLOVES VINYL N/ST MED 100/BO 10 BX/CASE (EVP-103) | 6.0 | 6.0 | .0 | CS | 21.00 | CS | 126.00 | |
| 21213 | GLOVES VINYL N/ST LARGE 100/ 10 BX/CASE (EVP-104) | 2.0 | 2.0 | .0 | CS | 21.00 | CS | 42.00 | |
| HB01 | HAIR BRUSH HALF ROUND 12/BOX 24 BOXES/CASE | 1.0000 | 1.0000 | .0000 | BX | 3.46 | BX | 3.46 | * |
| TB30 | TOOTHBRUSH ADULT 144/BOX 10 BOXES/CASE | 20 | 0 | 20 | EA | .05 | EA | .00 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 3 | 3 | 0 | BX | 2.10 | BX | 6.30 | * |

**CONTINUED**



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 584172 |
|---|---|
| Date | 04/16/07 |
| Page | 2 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466882 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| EVNP-104 | GLOVES VINYL (SYNTH) PF LARG 100/BOX 10 BX/CASE | 4 | 4 | 0 | BX | 2.10 | BX | 8.40 | * |
| 58012 | JUVEN ORANGE 23G PACKS 30/CS | 1 | 1 | 0 | CS | 63.80 | CS | 63.80 | |
| 729 | TWOCAL HN VANILLA 8 OZ 24/CASE | 3.00 | 3.00 | .00 | CS | 17.95 | CS | 53.85 | |
| 54658 | OPTIMENTAL 8 OZ 24/CASE | 1.0000 | 1.0000 | .0000 | CS | 113.00 | CS | 113.00 | |
| 50648 | ENSURE STRAWBERRY 8 OZ 24/CASE | 1.00 | 1.00 | .00 | CS | 10.95 | CS | 10.95 | |
| 54328 | GLUCERNA SHAKE VANILLA 8 OZ 24/CASE | 1.0000 | 1.0000 | .0000 | CS | 21.95 | CS | 21.95 | |
| 52040 | PATROL PUMP SET WITH PIERCIN PIN | 28 | 28 | 0 | EA | 1.78 | EA | 49.84 | * |
| 51206 | GLUCERNA RTH 1000ML 8/CASE | 6.00 | 6.00 | .00 | CS | 49.25 | CS | 295.50 | |
| 0016 | SHAMPOO & BODY WASH-DERMAYER 8 OZ 48/CASE | 48 | 48 | 0 | EA | .66 | EA | 31.68 | * |
| 50160 | BABY OIL 16OZ 12/CS | 6 | 6 | 0 | BT | 1.47 | BT | 8.82 | |
| 00128 | LOTION W/ALOE-DERMADAILY 8 O 48/CASE | 12 | 12 | 0 | EA | .37 | EA | 4.44 | * |
| 0092BB | SOAP DERMAKLEEN 1000ML ANTIMICROBIAL 10/CS | 2 | 2 | 0 | CS | 45.00 | CS | 90.00 | * |
| 00104 | ALCOHOL GEL-GELRITE 4 OZ 24/CASE | 24 | 24 | 0 | EA | .65 | EA | 15.60 | * |
| 1179-16 | PEROXIDE HYDROGEN 16 OZ 12/CASE (019877) | 1 | 1 | 0 | EA | 1.05 | EA | 1.05 | |
| 908 | SHAMPOO BABY TEARLESS 8 OZ 48/CASE | 12 | 12 | 0 | EA | .58 | EA | 6.96 | |
| 10150S | ENEMA MINERAL OIL, GENTLE TIP 48/CASE | 6 | 6 | 0 | EA | 1.03 | EA | 6.18 | |
| AMSPRO | SPOON PLASTIC MD WEIGHT 1000 (SPOON-MED) | 2 | 2 | 0 | CS | 7.28 | CS | 14.56 | * |
| 3305 | TISSUE FACIAL 2PLY 150/BX 36/CASE "ASPEN" | 1.00 | 1.00 | .00 | CS | 36.50 | CS | 36.50 | |
| 4260 | STRAWS FLEXIBLE 400/BOX | 1 | 1 | 0 | BX | 2.20 | BX | 2.20 | * |
| 5180K | ALCOHOL PREP PAD MEDIUM 200/ 20 BOXES/CASE | 4 | 4 | 0 | BX | 1.30 | BX | 5.20 | * |

**CONTINUED**

# INVOICE



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 584172 |
|---|---|
| Date | 04/16/07 |
| Page | 3 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doo # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466882 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backord'd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 216-16 | DIOCTO LIQUID 16 OZ (DIOCTYL LIQUID) 50MG/TSP | 2 | 2 | 0 | BT | 4.50 | BT | 9.00 | * |
| 91-509-16 | VITAMIN DAILY LIQUID 16 OZ (MULTI-DBLYN) | 1 | 1 | 0 | BT | 4.69 | BT | 4.69 | * |
| 3512A | DRAINAGE BAG KENDALL 20/CASE | 3 | 3 | 0 | EA | 1.96 | EA | 5.88 | * |
| 75035 | URETHRAL CATH TRAY 14FR CATH 20/CASE | 6 | 6 | 0 | EA | 2.00 | EA | 12.00 | * |
| 76900 | CATH INSERTION TRAY 30CC 20/CS (NO CATH) | 6 | 6 | 0 | EA | 1.50 | EA | 9.00 | * |
| 560141 | SYRINGE 60CC CATH TIP 20/BOX 5 BOXES/CASE | 40 | 40 | 0 | EA | .49 | EA | 19.60 | * |
| 1097 | SOCKS SLIPPER ANKLE LENGTH W/TREAD ADULT XL 48 PR/CASE | 1 | 1 | 0 | PR | 2.00 | PR | 2.00 | |
| 4611 | DRAIN SPONGE ST 4 X 4 6PLY 50/BX 12 BX/CS (441407) (708 | 2 | 2 | 0 | BX | 4.45 | BX | 8.90 | * |
| 4890-G | GAUZE ST 4 X 4 8 PLY 50/BOX 24 BOXES/CASE (441001) | 2.00 | 2.00 | .00 | BX | 1.75 | BX | 3.50 | * |
| 3008 | GAUZE N/ST 4 X 4 8PLY 200/BA 20 BAGS/CASE (441217) | 6 | 6 | 0 | BG | 1.82 | BG | 10.92 | * |
| 2115 | MASK EARLOOP PROCEDURE 50/BX 12 BX/CS (2201 DYN) | 10 | 10 | 0 | BX | 4.50 | BX | 45.00 | * |
| AMD3001 | GAUZE N/ST 2 X 2 8PLY 200/BA 25 BOXES/CASE (442308) | 6 | 6 | 0 | BG | .99 | BG | 5.94 | * |
| 4521 | SUTURE REMOVAL KITS 50/CASE (SRT001 AMSINO) | 4 | 4 | 0 | EA | .80 | EA | 3.20 | * |
| A7059 | ABD PAD ST 5 X 9 20/TRAY 20 TRAYS/CASE (350I) | 1.00 | 1.00 | .00 | TR | 1.99 | TR | 1.99 | |
| 742-06 | OSCAL TAB 500MG W/VIT D 60/B OYSTER SHELL, CALCIUM | 3 | 3 | 0 | BT | 1.40 | BT | 4.20 | |
| 841-01 | VITAMIN C 500MG 100/BT | 4 | 4 | 0 | BT | 1.79 | BT | 7.16 | * |
| 914-36 | ASPIRIN BABY CHEW 81MG 36/B | 6 | 6 | 0 | BT | .72 | BT | 4.32 | * |
| 747-06 | CALCIUM CARB 600MG W/D 60/BT GEN CALTRATE + | 3 | 3 | 0 | BT | 1.50 | BT | 4.50 | * |
| 941-01 | IBUPROFEN TABS 200MG 100/BT GENERIC ADVIL | 2 | 2 | 0 | BT | 2.07 | BT | 4.14 | |
| 455-06 | SENOKOT S TABS 60/BT SENNA + DOCUSATE SODIUM | 1 | 1 | 0 | BT | 16.19 | BT | 16.19 | |

CONTINUED

# INVOICE



**Geriatric Medical**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 584172 |
|---|---|
| Date | 04/16/07 |
| Page | 4 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466882 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 501-01 | VITAMIN MULTI TAB 100/BT | 2 | 2 | 0 | BT | 1.00 | BT | 2.00 | * |
| 703-01 | FERROUS SULFATE 325MG 100/BO GENERIC (IRON TABLETS) | 2 | 2 | 0 | BT | 1.20 | BT | 2.40 | * |
| 981-01 | ASPIRIN COATED LOW DOSE 81MG 100/BT | 2 | 2 | 0 | BT | 1.20 | BT | 2.40 | * |
| 101-01 | ACETAMINOPHEN TAB 325MG 100/ (GENERIC TYLENOL) | 8 | 8 | 0 | BT | .79 | BT | 6.32 | * |
| 201-01 | ACETAMINOPHEN TAB 500MG 100/ | 1 | 1 | 0 | BT | 1.15 | BT | 1.15 | * |
| 451-01 | SENOKOT TABS (SENNA) 100/BT 8.6MG SENNOSIDES | 4 | 4 | 0 | BT | 1.36 | BT | 5.44 | * |
| 401-01 | DIOCTO SOFTGEL (COLACE) 100/ (DOCUSATE SODIUM) 100MG | 6 | 6 | 0 | BT | 1.63 | BT | 9.78 | * |
| 831-01 | VITAMIN C 250MG 100/BT | 2 | 2 | 0 | BT | 1.30 | BT | 2.60 | * |
| TBH-01 | TOOTHBRUSH HOLDER 100/CASE | 20 | 20 | 0 | EA | .35 | EA | 7.00 | * |
| 319767 | SOAP BAR DOVE 3.5 OZ 48/CASE (202242) | 2 | 2 | 0 | EA | 65.66 | CS | 2.74 | * |
| 438-01 | HYDROCORTISON CREAM 1% 1 OZ 144/CASE | 1 | 1 | 0 | EA | 1.95 | EA | 1.95 | * |
| 5060 | PROMISE FOR MEN 120/CASE (50600) | 1 | 1 | 0 | CS | 72.95 | CS | 72.95 | |
| 05504-6 | DENTURE ADHESIVE 1.4 OZ (DA2) | 3 | 3 | 0 | BA | 2.75 | EA | 8.25 | * |
| SRBT16 | SORBITOL SOLUTION 16 OZ | 1 | 1 | 0 | EA | 4.85 | EA | 4.85 | * |
| AA-DUR | BATTERY AA EACH (NOT PACK) | 16 | 16 | 0 | EA | .45 | EA | 7.20 | * |
| 9V | BATTERY 9 VOLT EACH (NOT PACK) | 2 | 2 | 0 | EA | 2.00 | EA | 4.00 | * |
| C-DUR | BATTERY C EACH (NOT PACK) | 6 | 6 | 0 | EA | .94 | EA | 5.64 | * |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 2 | 2 | 0 | CS | 15.25 | CS | 30.50 | * |
| 511110 | SYRINGE SAFETY INS 1CC 29X1/ 100/BX 5 BX/CS | 3 | 3 | 0 | BX | 22.00 | BX | 66.00 | * |
| H360-40 | WASH BASINS 6QT MAUVE 50/CASE | 20 | 20 | 0 | EA | .65 | EA | 13.00 | * |
| H100-40 | BEDPAN FRACTURE MAUVE 50/CASE | 6 | 6 | 0 | EA | .69 | EA | 4.14 | * |

CONTINUED

# INVOICE



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 584172 |
| Date | 04/16/07 |
| Page | 5 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Dop # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466882 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 8508SA | SHARPS CONTAINER CLEAR 5 QT 20/CASE FOR MED CART | 3 | 3 | 0 | EA | 5.25 | EA | 15.75 | * |
| H140D-1 | URINAL W/COVER MALE 50/CASE | 10 | 10 | 0 | EA | .49 | EA | 4.90 | * |
| 621-01 | VITAMIN THERAGRAN M GEN 100/ | 2 | 2 | 0 | BT | 3.50 | BT | 7.00 | * |
| 257097 | GLUCOSAMINE CHONDROITIN 60/B 500/400 | 1 | 1 | 0 | BT | 27.11 | BT | 27.11 | * |
| 865-01 | ZINC SULFATE 220 MG 100/BT | 1 | 1 | 0 | BT | 2.65 | BT | 2.65 | * |
| 3132198 | ACIDOPHILUS CAPS 10MG 100/BT (527093) | 1 | 1 | 0 | BT | 7.90 | BT | 7.90 | * |
| 484121 | OCCUVITE (PRO SIGHT) 60/BT | 2 | 2 | 0 | BT | 3.00 | BT | 6.00 | * |
| HOL3804 | HOL-2PC 2 3/4 DRNBL W/FLANGE 10/BOX | 1 | 1 | 0 | BX | 26.88 | BX | 26.88 | * |
| CVT1514-37 | TUBIGRIP ROLL 3" SIZE D FOR LARGE ARMS/MED ANKLES | 1 | 1 | 0 | EA | 62.39 | EA | 62.39 | |
| 2102A | FIRST AID KIT 25 PERSON (1799-25) | 1 | 1 | 0 | EA | 22.25 | EA | 22.25 | * |
| FNC3275 | NAIL CLIPPERS FINGER 6/BOX 48 BOXES/CASE | 12 | 12 | 0 | EA | .54 | EA | 6.48 | |
| 852125 | SANITARY NAPKIN STAY FREE 10 (073056) | 3 | 3 | 0 | BX | 3.18 | BX | 9.54 | |
| 00188 | LOTION SARNA GEN 7.5 OZ "DERMASARRA" 24/CS | 1 | 1 | 0 | EA | 7.50 | EA | 7.50 | * |
| 555006 | ASSURE III CONTROL SOLUTION | 1 | 1 | 0 | EA | 11.25 | EA | 11.25 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 9 | 9 | 0 | BX | 12.95 | BX | 116.55 | * |
| 77142 | ALARM BOX TAMPER RESISTANT (75990) | 1 | 0 | 1 | EA | 44.00 | EA | .00 | * |
| PC800 | THERMOMETER THERMOSCAN PROBE COVERS 200/BOX 4 BOX/CASE | 1 | 1 | 0 | BX | 19.56 | BX | 19.56 | * |
| 170605160 | CATH FOLEY 100% SIL 16FRX5CC 10/BOX (8887605163) | 3 | 3 | 0 | EA | 4.75 | EA | 14.25 | * |
| 170605180 | CATH FOLEY 100% SIL 18FR X 5 10/BOX (8887605189) | 3 | 3 | 0 | EA | 4.75 | EA | 14.25 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2795.86 | .00 | | 102.73 | .00 | 2898.59 |

WE APPRECIATE YOUR BUSINESS



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 584711 |
|---|---|
| Date | 04/18/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | PO # | Shift | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/18/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467182 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | UOM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ******************************* ****************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ******************************* ****************** | | | | | | | | |
| | WEDNESDAY DELIVERY | | | | | | | | |
| NDC | NEXT DAY CORRECTION ******************************* | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| 50548 | ENSURE STRAWBERRY 8 OZ 24/CASE | 1.00 | 1.00 | .00 | CS | 10.95 | CS | 10.95 | |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 10.95 | .00 | | .00 | .00 | 10.95 |

WE APPRECIATE YOUR BUSINESS



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 584701 |
|---|---|
| Date | 04/18/07 |
| Page | 1 |

| Bill To: | Ship To: |
|---|---|
| MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | SAME MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | WH | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/18/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 465882 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backord | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| TB30 | TOOTHBRUSH ADULT 144/BOX  10 BOXES/CASE | 20 | 20 | 0 | EA | .05 | EA | 1.00 | * |
| 77142 | ALARM BOX TAMPER RESISTANT (79990) | 1 | 0 | 1 | EA | 44.00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 1.00 | .00 | | .06 | .00 | 1.06 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 584706 |
|---|---|
| Date | 04/18/07 |
| Page | 1 |

| Bill To: 12203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10937 | 04/18/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467021 | 01 | PREPAID | OUR TRUCK |

| Item Description | Ordered | Shipped | Backord | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|
| ****************************** *****************  Should only be ordering item number  60043DP  60044DP  60045DP  ****************************** *****************  WEDNESDAY DELIVERY | | | | | | | | |
| 21213  GLOVES VINYL N/ST LARGE 100/ 10 BX/CASE (BVP-104) | 1.0 | 1.0 | .0 | CS | 21.00 | CS | 21.00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 21.00 | .00 | | 1.26 | .00 | 22.26 |

WE APPRECIATE YOUR BUSINESS



# INVOICE

## Geriatric Medical

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1206
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 584707 |
| Date | 04/18/07 |
| Page | 1 |

**Bill To:**
MARATHON HEALTH CARE CENTER
OF TORRINGTON
80 FERN DRIVE
TORRINGTON, CT 06790

**Ship To:** SAME
MARATHON HEALTH CARE CENTER
OF TORRINGTON
80 FERN DRIVE
TORRINGTON, CT 06790

| Reference # | Shipped | Salesperson | Terms | Tax Code | Dept # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10958 | 04/18/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467056 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorderd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ************************************ ****************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ************************************ ****************** | | | | | | | | |
| AOD | ADD ON DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| | ********************************** | | | | | | | | |
| 200-39 | SODIUM CHLORIDE INHALATION 3 | 2 | 2 | 0 | BX | 15.60 | BX | 31.20 | * |
| | 1000/CS | | | | | | | | |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 1 | 1 | 0 | CS | 15.25 | CS | 15.25 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 46.45 | .00 | | 2.79 | .00 | 49.24 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

**Geriatric Medical**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 584708 |
| Date | 04/17/07 |
| Page | 1 |

| Bill To: 4203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: NAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10958 | 04/17/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467066 | 01 | PREPAID | OUR TRUCK |

| Item Description | | Ordered | Shipped | Backorder | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 3512A | DBLV WBD A MUST DRAINAGE BAG KENDALL 20/CASE | 6 | 6 | 0 | EA | 1.96 | EA | 11.76 | * |

| Merchandise | Misc. | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 11.76 | .00 | | .71 | .00 | 12.47 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

Geriatric Medical

**Customer Copy**

| Number | 585035 |
|---|---|
| Date | 04/19/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Dept # | Whs | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10960 | 04/19/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467625 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordered | Unit | Price | Unit | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | DELY FRIDAY A MUST | | | | | | | | |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 2 | 2 | 0 | CS | 15.25 | CS | 30.50 | * |
| 255984 | EAR DROPS (DEBROX) 15CC | 5 | 5 | 0 | EA | 4.00 | EA | 20.00 | * |
| | 1Z10365303402528O3 | | | | | | | | |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 50.50 | .00 | | 3.03 | .00 | 53.53 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1206
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 585857 |
| Date | 04/24/07 |
| Page | 1 |

| Bill To: 2283 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| SUE/LEON | 04/24/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468103 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | | | | |
| 555001 | ASSURE III GLUCOSE METER | 4 | 4 | 0 | EA | .01 | EA | .04 | \* |
| 555030 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE 1Z1036530340462603 | 3 | 3 | 0 | BX | 12.95 | BX | 38.85 | \* |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | \* |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 38.89 | .00 | | 2.33 | .00 | 41.22 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 585858 |
|---|---|
| Date | 04/24/07 |
| Page | 1 |

| Bill To: .2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh. | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10969 | 04/24/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | A68164 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | ******************************* **************** | | | | | | | | |
| | Should only be ordering item number | | | | | | | | |
| | 60043DP | | | | | | | | |
| | 60044DP | | | | | | | | |
| | 60045DP | | | | | | | | |
| | ******************************* **************** | | | | | | | | |
| NDD | WEDNESDAY DELIVERY NEXT DAY RUSH/STAT DELIVERY ******************************* | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| 66927637 | ALLEVYN FOAM DRSG 4 X 4 10/B 1Z1036530340245562 | 1.0 | 1.0 | .0 | BX | 52.40 | BX | 52.40 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| | Merchandise | Misc. | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 52.40 | .00 | | 3.14 | .00 | 55.54 |

WE APPRECIATE YOUR BUSINESS



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

Customer Copy

| | |
|---|---|
| Number | 585854 |
| Date | 04/24/07 |
| Page | 1 |

| Bill To: 2203 | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 | Ship To: SAME | MARATHON HEALTH CARE CENTER OF TORRINGTON 80 FERN DRIVE TORRINGTON, CT 06790 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 10957 | 04/24/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466882 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 77142 | ALARM BOX TAMPER RESISTANT (79990) 1Z10365303404626503 | 1 | 1 | 0 | EA | 44.00 | EA | 44.00 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 44.00 | .00 | | 2.64 | .00 | 46.64 |

WE APPRECIATE YOUR BUSINESS