**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(ASD) |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | CHAPTER 7 |
| -------------------------------- | ) | ADV. PRO. NO. 10-02070 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
|     Plaintiff, | ) | |
|         v. | ) | December 6, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
|     **Defendant** | ) | |

## PLAINTIFF'S LIST OF WITNESSES

The Plaintiff Trustee expects to call the following witnesses at trial:

1.   The Trustee, Thomas C. Boscarino:

The Trustee, Thomas C. Boscarino is expected to provide general case information, to include reference to filings and pleadings of record in the case; his knowledge of the financial affairs of the debtor and the estate; and his investigation of payments by the debtor which are apparently preferences; his access to business records of the debtor; and the employment of Blum, Shapiro, a professional and Michelle Scarpa, a nonprofessional.

2.   Michelle Scarpa, employee of Marathon Healthcare Receivership, 99 East River Drive, East Hartford, CT 06108, and employed by the Trustee, Thomas C. Boscarino.

Ms. Scarpa handled the debtor's accounts payable and will testify from personal knowledge to business practices and business records.  She will testify that business records of the debtor reflect one (1) payment made to the Defendant within 90 days of the petition date, April 3, 2008, on account of antecedent debt which sum to $10,784.13.

3.   Richard Finkel
     Blum Shapiro
     29 South Main Street
     West Hartford, CT 06127

Mr. Finkel will testify to the results of his examination of records of the debtor for the purpose of identifying apparent preference payments, and his conclusion that such records appear to have been maintained in the ordinary course of business and that there was one (1) such payment made to the Defendant on account of antecedent debt summing to $10,784.13.

        FOR THE PLAINTIFF,
        Thomas C. Boscarino, Trustee

By:     /s/ John H. Grasso
        John H. Grasso ct03651
        Boscarino, Grasso & Twachtman, LLP
        628 Hebron Ave., Bldg 2, Suite 301
        Glastonbury, CT 06033
        Tel. (860) 659-5657
        Fax (860) 657-4549

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(ASD) |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02070 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | December 6, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| **Defendant** | ) | |

**CERTIFICATION OF SERVICE**

    I hereby certify that on December 6, 2010 a copy of the foregoing Plaintiff's List of Witnesses was served by mail to following:

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Greenbaum, Nagel, Fisher & Paliotti, LLP
Howard S. Fisher
200 High Street, 4th Floor
Boston, MA 02110

    /s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com