# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(ASD) |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | CHAPTER 7 |
| -------------------------------- | ) | ADV. PRO. NO. 10-02070 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | December 6, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| Defendant | ) | |

## PLAINTIFF'S LIST OF EXHIBITS

The Plaintiff Trustee hereby respectfully submits this list of exhibits to be offered at trial:

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Invoice: Invoice Number 591569 |
| B | Invoice: Invoice Number 590768 |
| C | Invoice: Invoice Number 588989 |
| D | Invoice: Invoice Number 584173 |
| E | Invoice: Invoice Number 587499 |
| F | Invoice: Invoice Number 587505 |
| G | Invoice: Invoice Number 587504 |
| H | Invoice: Invoice Number 587071 |
| I | Invoice: Invoice Number 587070 |
| J | Invoice: Invoice Number 587069 |
| K | Invoice: Invoice Number 585583 |
| L | Invoice: Invoice Number 584172 |
| M | Invoice: Invoice Number 585854 |
| N | Invoice: Invoice Number 585858 |
| O | Invoice: Invoice Number 585857 |

| | |
|---|---|
| P | Invoice: Invoice Number 585035 |
| Q | Invoice: Invoice Number 584708 |
| R | Invoice: Invoice Number 584707 |
| S | Invoice: Invoice Number 584706 |
| T | Invoice: Invoice Number 584701 |
| U | Invoice: Invoice Number 584711 |
| V | Invoice: Invoice Number 583343 |
| W | Invoice: Invoice Number 583342 |
| X | Check Stub; Check Number 003534 |
| Y | Copy of Check Number 3534 |
| Z | Letter dated March 10, 2010 from Greenbaum, Nagel, Fisher & Paliotti, LLP to Thomas C. Boscarino, Trustee |
| AA | Promissory Note by and between Marathon Healthcare Management, LLC and Geriatric Medical & Surgical Supply, Inc. |
| BB | Spreadsheet (Excel) prepared by Michelle Scarpa after copying and pasting the information from the vendor inquiry screen of Solomon software. |
| CC | Report of Richard P. Finkel, Blum Shapiro, with Exhibits 1-4 and Appendices A-C. |

The Court will be asked to take judicial notice of pleadings of record in this bankruptcy case, to include: the Debtor's Petition; the Debtor's Bankruptcy Schedules; the Debtor's Statement of Financial Affairs; the Claims Register; Proofs of Claim filed and the Defendant's "First Special Defenses". If these pleadings are offered and marked as exhibits, they will be marked in sequence. Exhibits to Mr. Finkel's Report, particularly photocopies of checks, may be offered separately and if so will be marked as Exhibits in sequence.

FOR THE PLAINTIFF,
Thomas C. Boscarino, Trustee

By: \_\_\_\_\_/s/ John H. Grasso_____
      John H. Grasso ct03651
      Boscarino, Grasso & Twachtman, LLP
      628 Hebron Ave., Bldg 2, Suite 301
      Glastonbury, CT 06033
      Tel. (860) 659-5657
      Fax (860) 657-4549

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(ASD) |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02070 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | December 6, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| **Defendant** | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on December 6, 2010 a copy of the foregoing Plaintiff's List of Exhibits was served by mail to following. A copy of the Exhibits was also served by mail upon Defendant's counsel.

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Greenbaum, Nagel, Fisher & Paliotti, LLP
Howard S. Fisher
200 High Street, 4th Floor
Boston, MA 02110

   /s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com