**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(ASD) |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02070 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | December 9, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| **Defendant** | ) | |

**SUPPLEMENT TO PLAINTIFF'S LIST OF WITNESSES**

The Trustee, Thomas C. Boscarino supplements the short statement of the testimony of witness Richard Finkel by adding the sentence below making explicit what is implicit, as follows:

Mr. Finkel will further testify to the matters and opinions set forth in his signed detailed statement dated November 22, 2010, as exchanged and filed.

                      FOR THE PLAINTIFF,
                      Thomas C. Boscarino, Trustee

            By:      /s/ John H. Grasso
                  John H. Grasso ct03651
                  Boscarino, Grasso & Twachtman, LLP
                  628 Hebron Ave., Bldg 2, Suite 301
                  Glastonbury, CT 06033
                  Tel. (860) 659-5657
                  Fax (860) 657-4549

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(ASD) |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02070 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | December 9, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| Defendant | ) | |

**CERTIFICATION OF SERVICE**

    I hereby certify that on December 9, 2010 a copy of the foregoing Plaintiff's List of Witnesses was served by mail to following:

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Greenbaum, Nagel, Fisher & Paliotti, LLP
Howard S. Fisher
200 High Street, 4th Floor
Boston, MA 02110

    /s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com

Case 10-02070    Doc 39    Filed 12/09/10    Entered 12/09/10 15:24:09    Desc Main
          Document      Page 3 of 3