UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

```
_____x
In re:                                  :
                                        :    Chapter 7
MARATHON HEALTHCARE                     :    Case No. 08-20597
CENTER OF TORRINGTON, LLC               :
                                        :
              Debtor.                   :
_____x
In re:                                  :
                                        :    Adv. Pro.
THOMAS C. BOSCARINO, TRUSTEE            :    Case No. 10-02070
              Plaintiff.                :
v.                                      :
GERIATRIC MEDICAL & SURGICAL            :
SUPPLY, INC.                            :    December 9, 2010
              Defendant.                :
_____x
```

## DEFENDANT'S LIST OF WITNESSES

The Defendant, Geriatric Medical & Surgical Supply, Inc. ("GM&SS"), expects to call the following witnesses at trial:

1. Jeffrey Goldstein, Controller of MG&SS, 28 Torrice Drive, Woburn, MA 01801:

Mr. Goldstein is expected to testify as to the terms under which credit was extended by GM&SS to Marathon Healthcare Center of Norwalk, LLC, and/or its affiliates (the "Debtor") the new value of the goods and services provided to the Debtor, the terms and conditions under which payments were made and related facts.

2. Edward W. LaMonde, Chief Operating Officer of Marathon Healthcare Group, LLC, 38 Echo Ridge Drive, Vernon, CT 06066:

Mr. LaMonde is expected to testify as to the terms under which credit was extended by GM&SS to Marathon Healthcare Center of Norwalk, LLC, and/or its affiliates (the

"Debtor") the new value of the goods and services provided to the Debtor, the terms and conditions under which payments were made and related facts.

3. Earle Lerner, President of Marathon Healthcare Group, LLC, 25 Phyllis Road, Manchester, CT, 06040:

Mr. Lerner is expected to testify as to the terms under which credit was extended by GM&SS to Marathon Healthcare Center of Norwalk, LLC, and/or its affiliates (the "Debtor") the new value of the goods and services provided to the Debtor, the terms and conditions under which payments were made and related facts.

DEFENDANT
GERIATRIC MEDICAL & SURGICAL
SUPPLY INC.

By:_____/s/_____
Ryan N. English, Esq.
Myles H. Alderman, Esq.
Fed. Bar No. ct28295
Alderman & Alderman
20 Church Street
Hartford, Connecticut 06103
Tel. 860.249.0090
Fax. 888.802.9992
Email: ryan.alderman@alderman.com

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | |
| | Chapter 7 |
| MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC | Case No. 08-20597 |
| Debtor. | |
| In re: | |
| | Adv. Pro. |
| THOMAS C. BOSCARINO, TRUSTEE Plaintiff. | Case No. 10-02070 |
| v. | |
| GERIATRIC MEDICAL & SURGICAL SUPPLY, INC. Defendant. | December 9, 2010 |

## CERTIFICATION OF SERVICE

I hereby certify that on December 9, 2010 a copy of the forgoing Defendant's List of Witnesses was serviced by mail to the following:

John H. Grasso
Boscarino, Grasso & Twatchman, LLP
628 Hebron Avenue, Building 2, Suite, 301
Glastonbury, CT 06033

Office of the United States Trustee
Giamo Federal Building
150 Court Street
New Haven, CT 06510

By:_____/s/_____
Ryan N. English, Esq.
Myles H. Alderman, Esq.
Fed. Bar No. ct28295
Alderman & Alderman
20 Church Street
Hartford, Connecticut 06103
Tel. 860.249.0090
Fax. 888.802.9992
Email: ryan.alderman@alderman.com